U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 21 2022
CLERK U.S. DISTRICT COURT
By: ____________
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL SAMUEL DEKELBAUM (01)

Case No. 4:22-MJ-868

# CRIMINAL COMPLAINT

I, Omar Cervantes, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## Conspiracy to Possess a Controlled Substance with Intent to Distribute

Beginning in or before August 2021 and continuing until on or about August 10, 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Michael Samuel DEKELBAUM,** along with others known and unknown, did knowingly and intentionally combine, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief, but is not inclusive of all the evidence or information in this case:

1. On June 29, 2022, a member of the Texas Department of Public Safety (DPS) Highway Patrol Division received information from a cooperating defendant (CD) who claimed to possess a large quantity of crystal methamphetamine in Weatherford, Parker County, Texas.

Texas DPS Highway Patrol Division contacted DPS Criminal Investigation Division Special Agent (CID-SA) Mitchel Jones who conducted several interviews with the CD regarding the crystal methamphetamine. According to the CD, for approximately one (1) year, the CD had purchased a half of pound of crystal methamphetamine every week to every other week from an individual known as "Mike Mike" who resides at 4424 Windhaven Lane, Dallas, Texas. CID-SA Jones showed a Texas Department of Public Safety Driver License photograph of Michael Samuel DEKELBAUM to the CD who positive identified DEKELBAUM as the person the CD knows as Mike Mike. The CD related that a large amount of crystal methamphetamine currently hidden on top of the kitchen cabinets of CD's residence located on Anderson Court, Weatherford, Texas. CID-SA Jones received written consent from CD to search the residence and seize the methamphetamine.

2. On that same date, members of the Parker County Special Crimes Unit, Weatherford Police Department, DPS Texas High Patrol, and DPS-CID conducted surveillance in the vicinity of Anderson Court, Weatherford, Texas. Upon the arrival of DPS-CID Jones, DPS Trooper Bishop, and the CD, officers and agents entered the residence for any occupants and found the residence empty.

3. DPS-CID Jones conducted a search of the top of the kitchen cabinets and observed a gray Walmart plastic bag. A further search of the plastic bag revealed a yellow cloth in a brown bag and a gallon size Ziploc bag containing a crystal-like substance believed to be crystal methamphetamine.

DPS-CID Jones seized and transported the suspected crystal methamphetamine to the DPS Office and was secured in locked storage. A field test was conducted on the crystal-like substance which resulted positive for methamphetamine. The total weight of the bag containing the methamphetamine was approximately 249.0 gross grams.

4. In August 2022, under the direction of CID-DPS, the CD conducted a series of text messages to DEKELBAUM to negotiate the purchase of one (1) kilogram of methamphetamine for five thousand two hundred ($5,200.00) United States Currency (USC).

5. On August 10, 2022, at approximately 10:37 AM., under the direction of CID-DPS, the CD conducted a series of text messages to DEKELBAUM regarding the purchase of one (1) kilogram of methamphetamine for the agreed price of five thousand two hundred ($5,200.00) USC. DEKELBAUM agreed and responded by saying DEKELBAUM would not be ready until 2:00 PM.

6. At approximately 2:05 PM., members of DPS and DPS-CID observed DEKELBAUM depart his residence at 4424 Windhaven Lane, Dallas, TX in a black 2017 Lexus RX3 bearing TX License Plate. Surveillance team followed and observed DEKELBAUM stop at a residence located on Middle Cove Drive., Dallas, TX which in the course of the investigation was identified as DEKELBAUM's mother residence.

7. At approximately 2:27 PM., surveillance observed DEKELBAUM depart the residence on Middle Cove Drive and continued to a multi-family condo complex located at 2222 Moser Avenue, Dallas, TX.

Surveillance observed DEKELBAUM exit the Lexus RX3 carrying a black backpack which appeared to be empty and flat in contour and walk across the street to the condo complex.

8. At approximately 3:56 PM., under the direction of CID-DPS, the CD advised DEKELBAUM that the CD was traveling to DEKELBAUM residence in which DEKELBAUM replied "OK".

9. At approximately 4:04 PM, surveillance observed DEKELBAUM exit the parking garage area of the complex carrying the black backpack that appeared to contained an item concealed within the backpack. Surveillance observed DEKELBAUM depart the location and return DEKELBAUM's residence at 4424 Windhaven Lane, Dallas, TX.

10. At approximately 5:32 PM, CID-DPS provided the CD with five thousand two hundred ($5,200) USC for the purchase of the methamphetamine and departed the location. Surveillance followed the CD to DEKELBAUM residence and was observed entering the residence through the garage accompanied by DEKELBAUM. While in the residence, DEKELBAUM delivered the methamphetamine to the CD and the CD provided DEKELBAUM with the agreed price of five thousand two hundred ($5,200) USC. The drug transaction was audio and video recorded.

11. At approximately 6:48 PM, CID-DPS observed the CD enter the CD's vehicle and depart the location. Surveillance followed the CD to a predetermined location and seized two (2) vacuum sealed clear plastic bags containing a crystal-like substance from the CD.

CID-DPS transported the two (2) clear plastic bag containing the crystal-like substance to the CID-DPS Weatherford Office and was placed in locked storage. A field test was later conducted on the crystal-like substance which was positive for methamphetamine. The total weight of the two (2) bags containing the methamphetamine was approximately 1,059.9 gross grams.

12. Although I have not listed all the facts regarding this investigation, I believe that the facts stated above establish probable cause that Michael Samuel DEKELBAUM did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

Omar G. Cervantes, Affiant
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence on the 21ST day of October, 2022 at 10:48 a.m./p.m., in Fort Worth, Texas.

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE