ORIGINAL

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2022 DEC 14 PM 1:08
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL SAMUEL DEKELBAUM (01)

No.

4-22CR-372-P

# INDICTMENT

The Grand Jury Charges:

## Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before August 2021, and continuing until on or about November 15, 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Michael Samuel Dekelbaum**, along with others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: Shawn.Smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

MICHAEL SAMUEL DEKELBAUM (01)

---

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841 (a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

---

A true bill rendered

FORT WORTH ______________________ FOREPERSON

Filed in open court this 14th day of December, 2022.

---

**Defendant on pretrial release.**

---

______________________
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-868-BP