LTS-P

ORIGINAL

U.S. DISTRICT COURT NORTHERN DIST. OF TX FORT WORTH DIVISION FILED

2023 JUN 27 PM 3:35

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-CR-372-P **[Supersedes Indictment Returned on December 14, 2022.]** |
| MICHAEL SAMUEL DEKELBAUM (01) | |

SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before August 2021, and continuing until on or about November 15, 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Michael Samuel Dekelbaum**, along with others both known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

LEIGHA SIMONTON
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Shawn.Smith2@usdoj.gov