FILED-USDC-NDTX-DA
'24 JAN 17 PM2:49
KR

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL SAMUEL DEKELBAUM (01) | No. 4:22-CR-372-P<br>**[Supersedes all other charging instruments.]** |

SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before August 2021, and continuing until on or about November 15, 2022, in the Northern District of Texas, and elsewhere, defendant **Michael Samuel Dekelbaum**, along with others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

***Manner and Means***

In order to carry on the conspiracy, the following manner and means among others were employed by the defendant and his co-conspirators:

1. It was part of the conspiracy that defendant Michael Samuel Dekelbaum received bulk amounts of methamphetamine (methamphetamine in excess of 500 grams, roughly one pound) from others in the Dallas/Fort Worth metroplex.

2. It was part of the conspiracy that defendant Michael Samuel Dekelbaum distributed various amounts of methamphetamine to others for money.

3. It was part of the conspiracy that defendant Michael Samuel Dekelbaum negotiated methamphetamine-deals at various locations, to include hotels, short-term rental properties, and his residence (xxxx Windhaven Lane, Dallas, Texas).

4. It was part of the conspiracy that defendant Michael Samuel Dekelbaum "fronted" methamphetamine, that is, provided methamphetamine to others on consignment with the expectation of payment after the co-conspirator had sold the methamphetamine to others.

5. It was part of the conspiracy that co-conspirators of defendant Michael Samuel Dekelbaum would become indebted to him because they could not pay back the money owed to the defendant for methamphetamine that had previously been "fronted" to them by defendant Michael Samuel Dekelbaum.

6. It was part of the conspiracy that defendant Michael Samuel Dekelbaum stored and distributed methamphetamine to others from his residence (xxxx Windhaven Lane, Dallas, Texas).

***Overt Acts***

In order to effect the objects of the alleged conspiracy in Count One, the following overt acts, among others were committed:

a. On or about August 10, 2022, defendant Michael Samuel Dekelbaum communicated by cellular telephone with a Confidential Source to coordinate the distribution of one kilogram of methamphetamine.

b. On or about August 10, 2022, defendant Michael Samuel Dekelbaum drove from his residence, xxxx Windhaven Lave, Dallas, Texas, to xxxx Moser Avenue, Dallas, Texas, to receive methamphetamine from another person.

c. On or about August 10, 2022, defendant Michael Samuel Dekelbaum drove from xxxx Moser Avenue, Dallas, Texas, back to his residence, xxxx Windhaven Lave, Dallas, Texas, with approximately one kilogram of methamphetamine.

d. On or about August 10, 2022, defendant Michael Samuel Dekelbaum sold to a Confidential Source approximately one kilogram of methamphetamine at the defendant's residence, xxxx Windhaven Lane, Dallas, Texas.

e. On or about November 15, 2022, defendant Michael Samuel Dekelbaum possessed with intent to distribute over 50 grams of methamphetamine at his residence, xxxx Windhaven Lave, Dallas, Texas.

All in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

Count Two

Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841)

The Grand Jury realleges the paragraphs on pages 1 – 3 above, and fully incorporates them herein:

On or about August 10, 2022, defendant **Michael Samuel Dekelbaum**, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

Done in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and in furtherance of the conspiracy alleged in Count One of the Superseding Indictment.

Count Three

Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841)

The Grand Jury realleges the paragraphs on pages 1 – 3 above, and fully incorporates them herein:

On or about November 15, 2022, defendant **Michael Samuel Dekelbaum**, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

Done in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and in furtherance of the conspiracy alleged in Count One of the Superseding Indictment.

Forfeiture Notice
(21 U.S.C. § 853(a)(1))

The allegations contained in Counts One through Three of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853(a)(1), upon conviction of an offense in violation of 21 U.S.C. §§ 846 and 841 as alleged, defendant, **Michael Samuel Dekelbaum**, shall forfeit to the United States of America all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of the offenses and all rights, title and interest in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of either of the Title 21 violations alleged in this Superseding Indictment.

A TRUE BILL.

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Shawn.Smith2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

MICHAEL SAMUEL DEKELBAUM (01)

---

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841 (a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
Possession with Intent to Distribute a Controlled Substance
Counts 2 - 3

---

A true bill rendered

DALLAS ______________________ FOREPERSON

Filed in open court this 17th day of January, 2024.

---

**Defendant on pretrial release.**

-----------------------------------------------------------------------------------------------

______________________________
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:22-MJ-868-BP
District Court Number: 4:22-CR-372-P