**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CAUSE NO.: 4:22-CR-372** |
| | § | |
| **MICHAEL SAMUEL DEKELBAUM** | § | |

# NOTICE OF APPEAL

Notice is hereby given that Michael Samuel Dekelbaum, Defendant in the above styled and numbered cause, wishes to appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment and Sentence in his Criminal Case which were entered on June 6, 2024.

Below listed counsel were hired for representation in the primary case in the District Court only and are filing a Joint Motion to Withdraw contemporaneously with this notice.

Defendant requests to proceed In Forma Pauperis and requests that the Court authorize appointed counsel for appeal purposes.

RESPECTFULLY SUBMITTED,

s// Phillip A. Linder
**PHILLIP A. LINDER**
3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
STATE BAR #12363560
OFFICE: (214) 252-9900
FAX: (214) 252-9902
EMAIL: PHILLIP@THELINDERFIRM.COM

*/s/ Mark Lassiter*
**MARK LASSITER**
3300 OAK LAWN AVE., SUITE 700
DALLAS, TEXAS 75219
OFFICE: (214) 845-7007
FAX: (214) 845-7006
MARK@LOMTL.COM

## CERTIFICATE OF SERVICE

On this 12th day of June 2024, a true and correct copy of the foregoing Joint Motion to Withdraw was delivered to Shawn Smith, Assistant United States Attorney, via ECF.

s// Phillip A. Linder
PHILLIP A. LINDER