IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Government, VERSUS MICHAEL SAMUEL DEKELBAUM, Defendant. | CASE NO. 4:22-CR-372-P-1 FORT WORTH, TEXAS FEBRUARY 28, 2024 9:35 A.M. |
| UNITED STATES OF AMERICA, Government, VERSUS HERIBERTO SANTIAGO, Defendant. | CASE NO. 4:22-CR-123-P-3 FORT WORTH, TEXAS FEBRUARY 28, 2024 9:35 A.M. |
| UNITED STATES OF AMERICA, Government, VERSUS RHETT BARCLAY, Defendant. | CASE NO. 4:23-CR-259-P-1 FORT WORTH, TEXAS FEBRUARY 28, 2024 9:35 A.M. |
| UNITED STATES OF AMERICA, Government, VERSUS ELIJIO ESCALANTE-PERALES, Defendant. | CASE NO. 4:24-CR-021-P-1 FORT WORTH, TEXAS FEBRUARY 28, 2024 9:35 A.M. |

(NO OMISSIONS - CONTINUED ON PAGE 2)

VOLUME 1 OF 1
TRANSCRIPT OF REARRAIGNMENT OR GUILTY PLEA AT ARRAIGNMENT
BEFORE THE HONORABLE JEFFREY CURETON
UNITED STATES MAGISTRATE COURT JUDGE

**A P P E A R A N C E S:**

FOR THE GOVERNMENT: MR. JUSTIN BECK
UNITED STATES DEPARTMENT OF JUSTICE
NORTHERN DISTRICT OF TEXAS
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200

FOR THE DEFENDANT: Dekelbaum
MR. MARK T. LASSITER
Law Offices of Mark T. Lassiter
3300 Oak Lawn Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.845.7007

FOR THE DEFENDANT: Santiago
MR. NICK G. DAVIS
Burns & Davis, PLLC
115 N. Henderson Street
Fort Worth, Texas 76102
Telephone: 817.870.1544

FOR THE DEFENDANT: Barclay
MS. KARA L. CARRERAS
Carreras Law Group
604 E. 4th Street, Suite 101
Fort Worth, Texas 76102
Telephone: 817.795.9956

FOR THE DEFENDANT: Escalante-Perales
MR. CHRIS WEINBEL
ASSISTANT FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF TEXAS
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
Telephone: 817.978.2753

COURT REPORTER: MS. DEBRA G. SAENZ, CSR, RMR, CRR
501 W. 10th Street, Room 507
Fort Worth, Texas 76102
Telephone: 817.850.6661
Email: debbie.saenz@yahoo.com

Proceedings reported by mechanical stenography, transcript produced by computer.

# I N D E X


**PROCEEDINGS** **PAGE**

Admonishments.................................... 04

Guilty Pleas..................................... 41

Court's Findings................................. 45

Reporter's Certificate........................... 50

Word Index....................................... 51

**P R O C E E D I N G S**

February 28, 2024 - 9:35 a.m.

*COURT SECURITY OFFICER:* All rise.

*(Judge enters)*

*THE COURT:* Thank you. Please be seated.

All right. We have several matters that are set for guilty plea at arraignment or rearraignment. As I call your name, let me know where you are in the courtroom, please.

So, we'll have Cause Number 4:22-CR-372, United States versus Michael Dekelbaum.

*MR. LASSITER:* We are here, Your Honor.

*THE COURT:* All right. So that's -- who is present? Mr. Beck?

*MR. BECK:* Yes, Your Honor.

*THE COURT:* Okay. So, Mr. Josh Beck -- Justin Beck present for the government.

Mr. Mark Lassiter is present for the defense.

Cause Number 4:22-CR-123, United States versus Heriberto Santiago.

*MR. DAVIS:* Present, Your Honor.

*THE COURT:* And present for the government?

*MR. BECK:* Present, Your Honor.

*THE COURT:* Mr. Beck.

Mr. Nick Davis is present for the defense.

Cause Number 4:23-CR-259, United States versus Rhett

Barclay.

*MS. CARRERAS:* Yes, Your Honor. Kara Carreras for Mr. Barclay.

*MR. BECK:* Justin Beck for the government.

*THE COURT:* Mr. Beck for the government.

Ms. Kara Carreras is present for the defense.

And finally, Cause Number 4:24-CR-21, United States versus Elijio Escalante-Perales.

Again, Mr. Beck for the government and --

Chris, you're appearing for Mr. Rhodes?

*MR. WEINBEL:* Yeah, he's sick this morning.

*THE COURT:* Oh, okay. So, Mr. Chris Weinbel is present for the defense.

All right. For this proceeding, I need to have each defendant placed under oath. Can I ask the defendants to please stand for a moment, raise your right hands to the best of your ability, and be sworn by my clerk.

(Four (4) defendants sworn)

*THE COURT:* Thank you. You may all be seated.

I'll have the record reflect that you each answered in the affirmative.

I'm going to go ahead and take all of these at the same time as opposed to individually. If we were to do them individually, we would be here at least most of the morning, but for this to be most efficient, I need to make sure that

everyone is paying close attention, listening to the instructions and the questions, and answering in a good, firm voice, so the court reporter and I can hear your responses.

Let me start by having you state your full name for the record.

We'll begin with Mr. Dekelbaum.

*DEFENDANT DEKELBAUM:* Michael Samuel Dekelbaum.

*THE COURT:* Thank you, sir.

Mr. Santiago?

*DEFENDANT SANTIAGO:* Heriberto Santiago.

*THE COURT:* No middle name, sir?

*DEFENDANT SANTIAGO:* No.

*THE COURT:* And is it Heriberto?

*DEFENDANT SANTIAGO:* Yes, sir.

*THE COURT:* Okay. Thank you.

Mr. Barclay?

*DEFENDANT BARCLAY:* Rhett Nickoless Barclay.

*THE COURT:* And Mr. Escalante-Perales?

*DEFENDANT ESCALANTE-PERALES:* Elijio Escalante-Perales.

*THE COURT:* Do you primarily go by the last name Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yeah.

*THE COURT:* Okay. I'll refer to you as Mr. Escalante for today's purposes.

Is your name spelled correctly in the indictment or the information that has been filed against you?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, correct.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* Do each of you understand that you are now under oath and if you were to answer any of the Court's questions falsely, your answers could later be used against you in a prosecution for perjury or for making a false statement?

Do you understand, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, Your Honor.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* I understand that each of you read, write, and understand the English language, so that there's no

need for a court interpreter for today's proceeding.

Do each of you understand that I am conducting this hearing, rather than the district judge in your case, based upon your consent; however, it's the district judge who retains all final decision-making authority over your plea, and it's the district judge who will conduct any sentencing in your case.

Do you understand, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* I do.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, Your Honor.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* I've received documents this morning entitled Consent to Administration of Guilty Plea and Allocution by United States Magistrate Judge, and each of these consent forms appear to be signed by each defendant and his counsel.

Is it your signature on your consent form, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, Your Honor.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* All right. Then I find that each of you have knowingly and voluntarily waived your right to enter your guilty plea before the district judge, and you've consented to proceed before me in that plea today.

So, let me give you some initial instructions. You have -- if you choose to plead not guilty to any offense charged against you, or persist in that plea if it's already been made, the Constitution of the United States guarantees you the following rights:

You have the right to a speedy and public jury trial in this district.

You have the right at such a trial for you to confront, that is, to see, hear, and cross-examine all witnesses against you.

You have the right to use the power and the process of this court to compel the production of any evidence, including the attendance of any witnesses on your behalf.

You have the right to have the assistance of an attorney at all stages of the proceedings, and if you could not afford an attorney, an attorney would be appointed for you, as has been done in many of these cases.

At such a trial, you could not be compelled to testify, and whether you would testify would be a matter in which your judgment alone would control.

At such a trial, the United States would be required to prove your guilt beyond a reasonable doubt, and if you were found guilty, you would have the right to appeal that conviction.

Do each of you understand that you have and are guaranteed each of those constitutional rights?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, Your Honor.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* On the other hand, if you plead guilty and if that guilty plea is accepted by the Court, there will not be a further trial of any kind. So, by pleading guilty, you waive your right to a trial, as well as the rights associated with a trial as we've just discussed.

Do you understand, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, Your Honor.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* Generally, a defendant who is accused of a crime cannot plead guilty unless he is actually guilty of that crime. In federal court, it's the judge who determines the penalty when a defendant is convicted, whether that conviction is on the basis of a jury verdict or upon a plea of guilty.

The Court has not and will not talk to anyone about the facts of your case, except here in your presence where you and your attorney and representatives of the government are all present. However, if a guilty verdict is entered, a presentence report will be prepared, and the Court may review that report with probation officers outside of your presence.

If you plead guilty, you will be convicted; however, you and your attorney each will be given an opportunity to present to the Court any pleas for leniency. The penalty will be decided based upon the facts heard in court.

You should never depend or rely upon any promise or statement by law enforcement or the government or anyone else as to what penalty will be assessed against you.

Should you decide to plead guilty, your plea of

guilty must not be induced or prompted by any promises, pressure, threats, force, or coercion of any kind. A plea of guilty must be purely voluntary, and you should plead guilty only because you are guilty and for no other reason.

Have each of you understood each of my explanations about this process and the consequences of pleading guilty?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, Your Honor.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* Under the Sentencing Reform Act of 1984, as it's been construed by our Supreme Court, the United States Sentencing Commission has issued advisory guidelines for judges to consider in determining the sentence in a criminal case.

Have each of you discussed with your attorney the charges against you, the matter of federal sentencing, and how those sentencing guidelines might apply in your case?

Have you done so, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* Even so, I must inform you that in determining a sentence, it is the Court's obligation to calculate the applicable sentencing guideline range, and to consider that range, along with any possible departures under the guidelines, and any other sentencing factors under 18 U.S.C. Section 3553(a).

The Court is not bound by facts that may be stipulated between you and your attorney on the one hand and the government on the other. The Court can impose punishment that might disregard stipulated facts or take into account facts that are not mentioned in stipulations. In that event, you might not even be permitted to withdraw your plea of guilty.

The Court will not be able to determine the guideline range for your sentence until after that presentence report has been completed and both you and the government have had an opportunity to challenge the facts and the conclusions that are in that report.

After the Court has determined the proper guideline range under the facts of your case, the Court has the

authority to impose a sentence that is above, below, or within the guideline range, as long as the sentence imposed is reasonable and it's based upon the facts and the law.

You have the right to appeal the sentence the Court imposes, unless you waive that right.

And under some circumstances, the government also has the right to appeal.

Finally, I inform you that within the federal system, parole was long ago abolished, so that if you are sentenced to imprisonment, you will not be released on federal parole.

Have each of you understood all of my explanations with regard to federal sentencing?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* All right. Let me ask some more individualized questions at this time.

First, how old are you?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* 45.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* 59 going on 60.

*THE COURT:* Yes, sir.

Mr. Barclay?

*DEFENDANT BARCLAY:* 23.

*THE COURT:* Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* 23.

*THE COURT:* And how far did each of you go in school with your formal education?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* College.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Ninth grade.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Ninth.

*THE COURT:* Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Ninth.

*THE COURT:* Are you currently or have you recently been under the care of a physician or a psychiatrist?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* No.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* No.

*THE COURT:* Okay. Mr. Barclay?

*DEFENDANT BARCLAY:* No.

*THE COURT:* Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* No.

*THE COURT:* Are you now under the influence of alcohol or any narcotic drug?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* No.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* No.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* No.

*THE COURT:* Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* No.

*THE COURT:* Do you suffer from any emotional or mental disability?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* No.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* No.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And is there anything about the disability you deal with or treatment or medication that you might have that would interfere with your ability to understand what we're doing here?

*DEFENDANT BARCLAY:* No.

*THE COURT:* All right. Do you have such a disability, Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* No.

*THE COURT:* Are you of sound mind and do you fully understand what it is we're doing here this morning?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, Your Honor.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* To defense counsel: Do you have any reason to believe that your client is not fully competent to enter a plea of guilty?

Mr. Lassiter?

*MR. LASSITER:* No, Your Honor.

*THE COURT:* Mr. Davis?

*MR. DAVIS:* No, Your Honor.

*THE COURT:* Ms. Carreras?

*MS. CARRERAS:* No, Your Honor.

*THE COURT:* Mr. Weinbel?

*MR. WEINBEL:* No, Your Honor.

*THE COURT:* And do each of you, as counsel, believe that the plea of guilty your client proposes to make will be a knowing and voluntary plea?

Mr. Lassiter?

*MR. LASSITER:* I do, Your Honor.

*THE COURT:* Mr. Davis?

*MR. DAVIS:* I do, Your Honor.

*MS. CARRERAS:* Yes, Your Honor.

*THE COURT:* Ms. Carreras, and Mr. Weinbel?

*MR. WEINBEL:* Yes, Your Honor.

*MS. CARRERAS:* Sorry.

*THE COURT:* All right. We have three of our defendants this morning who are pleading pursuant to informations.

*MS. CARRERAS:* Your Honor --

*THE COURT:* Do you have a verdict?

*MR. HARRY WHITE:* We have a jury note.

*MS. CARRERAS:* May I be excused temporarily, Your Honor?

*THE COURT:* Yes.

Mr. Davis, you will answer any of her client's questions?

*MR. DAVIS:* Yes, Your Honor.

*THE COURT:* There's no conflict in this matter?

*MR. DAVIS:* There's no conflict, and I've previously

spoken with him, and he has said that that's okay.

*THE COURT:* Okay. And that's -- just to confirm, for the record, Mr. Barclay, you're okay with your counsel stepping out?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* All right. You may step out.

*MS. CARRERAS:* Thank you, Your Honor.

(Ms. Carreras exiting courtroom)

*THE COURT:* All right. Where was I?

Oh, three of our defendants this morning are pleading pursuant to informations. So, Mr. Dekelbaum, Mr. Santiago, and Mr. Barclay, I need to go over this process with each of you for a few moments.

Each of you are charged with a felony offense, and under the United States Constitution, you may not be charged with a felony unless a grand jury finds by the return of an indictment that there's probable cause to believe that the felony occurred and that you committed it.

However, you may waive your right to indictment and consent to being charged by way of an information that's filed by the United States Attorney's Office. The information or the charges against each of you have been brought by the filing of just such an information. In each case, it is a one-count superseding information.

If the government wishes to pursue this charge

against you, then the government must present its case to a grand jury and request the return of an indictment on this charge.

A grand jury is composed of at least 16 but not more than 23 persons, and at least 12 grand jurors must find that there's probable cause to believe you committed the offense with which you are charged before you would be indicted.

So, a grand jury might or it might not indict you on this charge, but if you waive indictment by the grand jury, the case will proceed against you based on the one-count superseding information filed by the United States Attorney just as though you've been indicted.

Let me ask each of you: Have you discussed with your attorney the matter of waiving your right to indictment by the grand jury, and do you fully understand that right?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Have any improper threats or promises been made in an effort to induce you to waive indictment?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* No.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* No, Your Honor.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* No.

*THE COURT:* Is it your signature that appears on the written waiver form I've been provided here this morning in your case?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* And Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* To defense counsel: Do you see any reason why your client should not waive indictment?

Mr. Lassiter?

*MR. LASSITER:* No, Your Honor.

*THE COURT:* Mr. Davis?

*MR. DAVIS:* No, Your Honor.

*THE COURT:* And that will also be as to Mr. Barclay?

*(Mr. Davis conferring with Defendant Barclay)*

*MR. DAVIS:* No, Your Honor.

*THE COURT:* Very good. Is such waiver consistent with your legal advice?

Mr. Lassiter?

*MR. LASSITER:* Yes, Your Honor.

*THE COURT:* And Mr. Davis, as to Mr. Santiago?

*MR. DAVIS:* For Mr. Santiago, yes, Your Honor.

*THE COURT:* And is it consistent with the legal advice Ms. Carreras has given to Mr. Barclay?

*MR. DAVIS:* I believe it is, yes, Your Honor.

*THE COURT:* Very well. Then I'm going to find that each of the defendants have knowingly and voluntarily waived his right to indictment by the grand jury and that waiver is accepted here in open court.

Mr. Santiago's form has a place for the Court's signature, so I will sign that.

The others do not have that signature space, but I will order they be filed in the other papers of the case.

All right. Has each defendant received a copy of the charges filed against you?

Your superseding information, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Yours, Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Yours, Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Have you received your one-count indictment, Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* Have each of you read or had read to you your charges, and do you fully understand the nature of those charges?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

(Ms. Carreras reenters courtroom)

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* It would be appropriate at this time for the United States Attorney to read into the record here in open court the charge to which each defendant proposes to plead; however, because each of you fully understand the nature of the charges against you and that you are pleading to, as a time-saving matter, I will allow you to waive the formal reading of your charge.

Do you wish to waive that reading, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* I will not require those charges to be read.

You also have the right to have explained to you the essential elements of the offense to which you're pleading. This is what the government would be required to prove at your trial.

I'm going to call upon the United States Attorney, Mr. Beck, to now set forth the essential elements in each case. As your case is called, please listen carefully.

And you may group these as appropriate if it saves you time, sir.

*MR. BECK:* Thank you, Your Honor.

Messrs. Santiago and Dekelbaum are pleading guilty to the same offense, which is conspiracy to possess with intent to distribute a controlled substance, so I will read those first, and I'll group them together.

*THE COURT:* Yes.

*MR. BECK:* The elements of those offenses are as follows.

The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count 1 of the superseding information are as follows:

First, that two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information.

Second, that the defendant knew of the unlawful purpose of the agreement.

Third, that the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose.

And fourth, that the overall scope of the conspiracy involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

*THE COURT:* And let me ask each of you: Do you understand and admit that you committed all of the essential elements of that offense?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*MR. BECK:* Your Honor, the essential elements of the offense for Mr. Barclay, which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count 1 are as follows:

First, that two or more persons, directly or indirectly, reached an agreement to distribute or possess with

intent to distribute a controlled substance, as charged.

Second, that the defendant knew of the unlawful purpose of the agreement.

Third, that the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose.

Fourth, that the overall scope of the conspiracy involved at least 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

And fifth, that the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 40 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

*THE COURT:* Mr. Barclay, do you understand and admit that you committed all of the essential elements of that offense?

*DEFENDANT BARCLAY:* Yes.

*MR. BECK:* Finally, Your Honor, for Mr. Escalante, in order to establish the offense alleged in Count 1, the government must prove the following elements beyond a reasonable doubt:

First, that on or about the date alleged, the defendant was an alien.

Second, that the defendant was previously removed from the United States.

Third, that the defendant was found in the United States.

And fourth, that the defendant had not received the express consent of either the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States since the time of the defendant's previous removal.

*THE COURT:* Mr. Escalante, do you understand and admit that you committed each of the essential elements of that offense?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* All right. Each of you are appearing here today with your counsel, and you have informed me that you have discussed your case and the charges against you with your attorney, as well as the issue of sentencing and how the sentencing guidelines might apply in your case.

Are each of you fully satisfied with the legal representation and advice that you have received from your attorney in your case?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* There are plea agreements in all but Mr. Escalante's case, so I need to go over some documents with the remaining defendants.

I have a Plea Agreement with Waiver of Appeal for you, Mr. Dekelbaum.

A Plea Agreement for Mr. Santiago. That's the title of it in yours.

And Mr. Barclay, yours is entitled Plea Agreement Pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) with Waiver of Appeal.

Let's see. I do not see any supplements in any of the cases.

Is there one?

*MS. CARRERAS:* We have no supplement, Your Honor.

*THE COURT:* Oh, okay. So, I do not see any supplements.

So, my next questions regarding plea agreement or plea document in your case, that is the particular document in each of your cases I'm referring to.

First, is it your signature on your plea agreement?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes, Your Honor.

*THE COURT:* All right. Do you have a copy there? I have the original up here. Do you need to see it?

*DEFENDANT DEKELBAUM:* Yes -- no, I don't need to see it.

*THE COURT:* Okay. And the blank above the government's signature is -- or the space to put the signed date is blank. I see that counsel for the defendant and the defendant have put February 26th.

What date does the government wish to have above their signature?

*MR. BECK:* We would put the same date, Your Honor.

*THE COURT:* All right. I'm going to fill that in, in blue ink, for purposes of the record.

Is it your signature on your plea agreement, Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* And is it your signature on your plea agreement, Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Have each of you read or had read to you your plea agreement, and do you fully understand this document in your case?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* By placing your signature upon your plea agreement, are you asking the district court to accept and approve the agreement you've made with the government?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Each plea agreement does contain a waiver of appeal paragraph: Paragraph 10 for you, Mr. Dekelbaum; paragraph 11 in yours, Mr. Santiago; and yours, Mr. Barclay.

I just want to direct your attention to the waiver of appeal paragraph and ask you: Did you read and understand and discuss with your attorney the waiver of appeal?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And do each of you knowingly and voluntarily waive your right to appeal as set forth in your plea agreement with the government?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Are all of the terms of your agreement with the government set forth in the written plea documents?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Did you voluntarily and of your own free will enter into this agreement with the government?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* And Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Other than the written plea agreement, has anyone made any other promise or assurance to you of any kind in an effort to induce you to enter a plea of guilty in your case?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* May I confer with my attorney?

*THE COURT:* You may.

*(Conferring with counsel)*

*DEFENDANT DEKELBAUM:* Okay. Yes.

*MR. LASSITER:* Judge, just so you can hear what's going on, the government, we discussed doing an additional proffer session, and so he wanted to make sure that was still possible, and did the same terms apply, and my understanding is, yes, but that is not reflected in the plea. He didn't want to --

*THE COURT:* Okay. Very good. And that's part of the reason we ask the question, is there anything else outside of what's in the four corners of your plea agreement.

And so, is there some type of proffer letter agreement that's been also entered into?

*MR. LASSITER:* Judge, if -- sorry, it's hard to get up. I had a surgery on Friday.

*THE COURT:* Oh, yeah, stay seated if you want.

*MR. LASSITER:* Just so it's not part of a record

that then has to be sealed, this is discussions we've had with the U.S. Attorney Shawn Smith of things that he -- that is an option to him, if he chooses to do so going forward.

*THE COURT:* Okay. Okay. Very good.

Let me ask the same question to the remaining defendants:

Other than the written plea agreement, has anyone made any other promise or assurance to you of any kind in an effort to induce you to enter a plea of guilty?

Mr. Santiago?

*DEFENDANT SANTIAGO:* No, Your Honor.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* No.

*THE COURT:* All right. Then I will order the filing of each of the plea agreements in those cases.

I need to ask you, Mr. Escalante: Has anyone made any promise or assurance to you of any kind in an effort to induce you to enter a plea of guilty in your case?

*DEFENDANT ESCALANTE-PERALES:* No.

*THE COURT:* To all defendants: Has anyone mentally, physically, or in any other way attempted to force you to plead guilty in your case?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* No.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* No.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* No.

*THE COURT:* Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* No.

*THE COURT:* Are you a citizen of the United States? Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* No.

*THE COURT:* Let me begin with you, Mr. Escalante.

I need to inform you that your conviction in your case could result in deportation, that is, you could be required to leave the United States, and it could adversely affect your ability to become a citizen of the United States.

Have you discussed with your counsel, both Mr. Rhodes and perhaps Mr. Weinbel, the probability that you could be deported, if you are adjudged guilty of the charge against you?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* And is it also -- has it been discussed

that your deportation by U.S. immigration officials may even be mandatory or certain?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* Okay. Thank you.

To the remaining defendants: As citizens, I must inform you that the offense to which you're pleading guilty is a felony, and conviction of a felony may deprive you of valuable rights of that citizenship, such as the right to vote, to ever hold public office or serve on a jury, to ever possess any kind of firearm, and other valuable rights of citizenship.

Do you understand that, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* I do.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* I will now call upon the United States Attorney, Mr. Beck, to set forth the potential penalties for and consequences of conviction for the charge to which each defendant proposes to plead. Again, you may group these as appropriate.

*MR. BECK:* Thank you, Your Honor.

Again, Messrs. Dekelbaum and Santiago are pleading to the same offense, so I'll group those two.

For those two, the maximum penalty is as follows:

A $1 million fine, and not more than 20 years imprisonment; plus a term of supervised release of not less than 3 years; if the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement; further, the Court must impose a mandatory special assessment of $100.

*THE COURT:* Let me just ask them right quick then, so, do each of you understand that if you plead guilty, you may be subject to those penalties and consequences just explained?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Okay.

*MR. BECK:* As to Mr. Barclay, the maximum penalty is as follows:

A $5 million fine, and not less than 5 years nor more than 40 years imprisonment; plus a term of supervised release of not less than 4 years; if the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement; further, the Court must

impose a mandatory special assessment of $100.

*THE COURT:* And Mr. Barclay, do you understand that if you plead guilty, you may be subject to the penalties and consequences just explained?

*DEFENDANT BARCLAY:* Yes.

*MR. WEIMER:* Your Honor, just in addition for Mr. Barclay, there is a (c)(1)(C) plea agreement, just so it's on the record that the government has agreed, pursuant to that agreement, that the penalty should be no greater than 300 months imprisonment, but, of course, that is subject to the district court accepting the agreement.

*THE COURT:* Very good, and I'm going to ask him about that in just a moment as well.

*MR. WEIMER:* Yes, sir.

*THE COURT:* All right. Finally, as to Mr. Escalante.

*MR. BECK:* As to Mr. Escalante, the maximum penalties the Court can impose include:

A term of imprisonment of 2 years; a fine of $250,000; a term of supervised release of 1 year; if the defendant violates the conditions of supervised release, he could be imprisoned for an additional period of confinement; it also includes a mandatory special assessment of $100; and pleading guilty may have consequences with respect to the defendant's immigration status, including removal from the

United States.

Removal and other immigration consequences are the subject of a separate proceeding, however, and the defendant understands that no one, including his attorney or the district court, can predict to a certainty the effect of his conviction on his status. The defendant nevertheless affirms that he wants to plead guilty, regardless of any immigration consequences that his plea may entail, even if the consequences include his automatic removal from the United States.

*THE COURT:* Mr. Escalante, do you understand that if you plead guilty, you may be subject to those penalties and consequences just explained?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* To all defendants: Do you understand that if the sentence you receive is more severe than you might expect, you'll still be bound by your plea of guilty, and you'll have no right to withdraw it?

Do you understand, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, Your Honor.

*THE COURT:* Mr. Barclay?

*MS. CARRERAS:* Your Honor, he's under the 11 (c)(1)(C). If the judge does not follow that, he does have a

right to withdraw his guilty plea.

*THE COURT:* Right, but I don't know what his expectations are sitting here today, and if it's higher than that expectation, he's still bound by his plea of guilty.

I'm going to ask him about the 11(c)(1)(C) in a moment. I just want to make sure he understands that --

*MS. CARRERAS:* Correct.

*THE COURT:* -- if he's sitting here today thinking it's some low number, and that's higher than he expected that he gets, you're still bound by your plea agreement.

Do you understand, Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Okay.

*MS. CARRERAS:* Thank you, Your Honor.

*THE COURT:* And Mr. Escalante, do you understand that if the punishment you receive is more severe than you might expect, you'll still be bound by your plea of guilty?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* Okay. Each plea agreement contains the language of -- from the government of a promise to dismiss other charges against you, or to not bring additional charges, or that a specific sentence is the appropriate disposition of the case.

Since that language is in each of the plea agreements, the district court must decide whether to accept

the plea agreement, and if the Court were to reject it on one of those bases, you would then have an opportunity to withdraw your guilty plea and change it to not guilty.

Do you understand, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* And Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* All right. I know that we've talked about a lot up to this point.

Do any of you have any questions for me or for your attorney about anything that we've discussed?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* No.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* No.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* No.

*THE COURT:* Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* No.

*THE COURT:* Then having heard all the foregoing, I ask:

How do you plead to the one-count superseding information against you, Mr. Dekelbaum, guilty or not guilty?

*DEFENDANT DEKELBAUM:* Guilty.

*THE COURT:* How do you plead to the one-count superseding information against you, Mr. Santiago, guilty or not guilty?

*DEFENDANT SANTIAGO:* Guilty.

*THE COURT:* How do you plead to the one-count superseding information against you, Mr. Barclay, guilty or not guilty?

*DEFENDANT BARCLAY:* Guilty.

*THE COURT:* And how do you plead to the one-count indictment against you, Mr. Escalante, guilty or not guilty?

*DEFENDANT ESCALANTE-PERALES:* Guilty.

*THE COURT:* To defense counsel: Is the guilty plea of your client consistent with your legal advice?

Mr. Lassiter?

*MR. LASSITER:* It is, Your Honor.

*THE COURT:* Mr. Davis?

*MR. DAVIS:* Yes, Your Honor.

*THE COURT:* Ms. Carreras?

*MS. CARRERAS:* It is, Your Honor.

*THE COURT:* And Mr. Weinbel?

*MR. WEINBEL:* Yes, Your Honor.

*THE COURT:* Then I'll accept each of the pleas of guilty on the condition there's a factual basis to support such pleas.

In federal court, we do that by way of a document entitled a factual resume. I have received factual resumes in each of these cases, so I need to go over those with you for just a moment.

First, is it your signature on your factual resume, Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* And there's a change under the stipulated facts where the words "sometimes on consignment" are marked through.

Do you agree with that change, sir?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* All right. Thank you.

Is it your signature on your factual resume, Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* And there's a change under your stipulated facts where the words "approximately 385" have been marked out.

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* And there's a number written there. Is that 45?

*MR. DAVIS:* No, Your Honor, that's his initials.

*THE COURT:* Oh, that's his initials. Oh, it just took out a -- all right. It looked like a number. I'm glad I

asked.

So, that's your initials accepting that change, sir?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* All right. Very good.

Is it your signature on your factual resume, Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And on page 2 of yours, there's been additional language inserted in the second paragraph under stipulated facts adding "and K.H."

Do you agree with that change?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* Okay. And then, finally, Mr. Escalante, is it your signature on your factual resume?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* All right. Have each of you read or had read to you your factual resume, and do you fully understand this document in your case?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* Are the facts that are stated in your factual resume true and correct facts?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* Yes.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* To defense counsel: Are the facts in your clients' factual resumes consistent with the true facts as you understand them from your investigation?

Mr. Lassiter?

*MR. LASSITER:* Yes, Your Honor.

*THE COURT:* Mr. Davis?

*MR. DAVIS:* Yes, Your Honor.

*THE COURT:* Ms. Carreras?

*MS. CARRERAS:* Yes, Your Honor.

*THE COURT:* And Mr. Weinbel?

*MR. WEINBEL:* Yes, Your Honor.

*THE COURT:* For you and Mr. Rhodes, I should say.

All right. It would be appropriate at this time for the United States Attorney to read the stipulated facts

portion out of each factual resume here in court; however, based upon the answers I've received from each defendant and counsel, as a time-saving matter, I will allow you to waive the reading of your facts in court.

Do you wish to waive that formal reading?

Mr. Dekelbaum?

*DEFENDANT DEKELBAUM:* I do.

*THE COURT:* Mr. Santiago?

*DEFENDANT SANTIAGO:* Yes, I do.

*THE COURT:* Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*THE COURT:* And Mr. Escalante?

*DEFENDANT ESCALANTE-PERALES:* Yes.

*THE COURT:* I will not require your facts to be read or summarized, and I will order the filing of each of the factual resumes to the extent not already on file.

The Court being satisfied during this hearing finds that each of the defendants is fully competent and capable of entering an informed plea, and that his plea of guilty to the charge against him is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged against the defendant.

I hereby accept each of your pleas of guilty and pronounce you guilty of the charge to which you have pled.

As I started off this proceeding telling you, a presentence report will be prepared by the probation office to assist the district court in sentencing. Each of you will be asked to give information for your report, and your degree of cooperation could be a factor in the severity of the sentence you receive.

Your attorney is ordered to be present at your interview, having a recent familiarity with the sentencing guidelines, and, specifically, Section 3E1.1, application note 1(a), which deals with acceptance of responsibility.

You and your counsel will be provided a copy of that presentence report well in advance of the date of sentencing, and you will have an opportunity to make any comments on it or any objections to it.

Because I have conducted this hearing, rather than the district judge, I make a written report to your district judge telling him what you have said and done here today and what I have found.

I also tell you that if you or your attorney have any objections to anything that I may have said or done, or to the report itself, those objections must be filed within 14 days from the date of this hearing.

My clerk will deliver the presentence referral form to the probation office. A copy of that form has been provided to defense counsel, and I just remind counsel of your

responsibility to contact the probation office as soon as practicable for further instruction regarding the presentence investigation.

Let's see. Each of you are to be sentenced before the Honorable Judge Mark Pittman in the fourth floor courtroom.

Mr. Dekelbaum, yours is set for May 16, 2024, at 9:00 a.m.

The remaining cases are set for June 13, 2024, at 9:00 a.m.

All right. Are there -- is there any need to reconsider the custodial status of Mr. Dekelbaum from the government?

*MR. BECK:* No, Your Honor.

*THE COURT:* All right. I've got a report indicating that you are in full compliance with your conditions, Mr. Dekelbaum, so I will find by clear and convincing evidence that you will not be a risk of flight or a danger to the community if allowed to remain out on your conditions pending your further proceedings. So, I'll excuse you and your counsel at this time. Good luck to you.

I must remand the remaining defendants to the custody of the marshal pending further proceedings, and I wish each of you good luck as well.

Yes, Ms. Carreras?

*MS. CARRERAS:* Sorry, Your Honor. Because I was in and out, I may have missed it, but did the Court admonish Mr. Barclay on the 11(c)(1)(C) portion of his agreement?

*THE COURT:* I did.

*MS. CARRERAS:* Okay. It must have happened while I was gone.

*THE COURT:* It was part of the binding recommendation, and if the Court rejects it, he would have the right to withdraw his guilty plea.

And you understand that, Mr. Barclay?

*DEFENDANT BARCLAY:* Yes.

*MS. CARRERAS:* Thank you, Your Honor.

*THE COURT:* Just to be sure. No problem.

The defendants are released and remanded as indicated. The attorneys are excused.

Well, just a moment. Yes, sir?

*MR. LASSITER:* Just for Mr. Dekelbaum, he already had a PSR that was done, and I don't know if they are going to redo that.

*THE COURT:* My understanding is they won't, and so you could actually file a motion for an earlier hearing, if you want, but I don't think there would be a second one.

*MR. LASSITER:* There might be new information.

*THE COURT:* I just wanted to admonish him about that. It's possible, but I'll leave that to probation.

*MR. LASSITER:* Thank you.

*THE COURT:* All right.

*COURT SECURITY OFFICER:* All rise.

*THE COURT:* Court is adjourned.

*(End of Proceedings)*

**REPORTER'S CERTIFICATE**

I, Debra G. Saenz, CSR, RMR, CRR, certify that the foregoing is a true and correct transcript from the record of proceedings in the foregoing entitled matter.

I further certify that the transcript fees format comply with those prescribed by the Court and the Judicial Conference of the United States.

Signed this 5th day of August, 2024.

/s/ Debra G. Saenz

DEBRA G. SAENZ, CSR, RMR, CRR
Texas CSR No. 3158
Official Court Reporter
The Northern District of Texas
Fort Worth Division

CSR Expires: 1/31/2026

Business Address: 501 W. 10th Street, Room 507
Fort Worth, Texas 76102

Telephone: 817.850.6661

E-Mail Address: debbie.saenz@yahoo.com

COURT SECURITY OFFICER: [2] 4/3 49/3
DEFENDANT BARCLAY: [48] 6/17 7/8 7/21 8/13 9/2 10/15 11/3 12/12 13/3 14/19 15/6 15/16 16/1 16/11 16/21 17/1 17/12 19/5 20/22 21/5 21/14 22/23 23/11 24/1 26/19 28/2 29/20 30/4 30/13 31/1 31/10 31/18 32/1 33/13 34/3 34/12 35/17 37/5 39/12 40/9 40/19 41/9 43/7 43/12 43/24 44/9 45/11 48/11
DEFENDANT DEKELBAUM: [47] 6/7 7/4 7/17 8/9 8/23 10/11 10/24 12/8 12/24 14/15 15/1 15/12 15/22 16/7 16/17 17/8 20/18 21/1 21/10 22/19 23/6 23/22 25/17 27/23 29/1 29/4 29/25 30/9 30/22 31/6 31/14 31/22 32/7 32/10 33/24 34/8 35/13 36/14 38/20 40/5 40/15 41/1 42/7 42/12 43/20 44/5 45/7
DEFENDANT ESCALANTE-PERALES: [35] 6/19 6/23 7/10 7/23 8/15 9/4 10/17 11/5 12/14 13/5 14/21 15/8 15/18 16/3 16/13 17/4 17/14 23/1 23/13 24/3 27/13 28/4 33/19 34/5 34/14 34/24 35/3 38/14 39/18 40/21 41/12 43/15 44/1 44/11 45/13
DEFENDANT SANTIAGO: [48] 6/10 6/12 6/14 7/6 7/19 8/11 8/25 10/13 11/1 12/10 13/1 14/17 15/3 15/14 15/24 16/9 16/19 17/10 20/20 21/3 21/12 22/21 23/8 23/24 25/19 27/25 29/17 30/2 30/11 30/24 31/8 31/16 31/24 33/11 34/1 34/10 35/15 36/16 38/22 40/7 40/17 41/5 42/16 42/20 43/3 43/22 44/7 45/9
MR. BECK: [12] 4/14 4/22 5/4 24/15 24/21 25/20 26/20 29/12 35/23 36/18 37/17 47/14
MR. DAVIS: [12] 4/20 17/21 18/7 18/23 18/25 21/20 21/23 22/4 22/7 41/18 42/23 44/18
MR. HARRY WHITE: [1] 18/17
MR. LASSITER: [13] 4/11 17/19 18/5 21/18 22/2 32/11 32/22 32/25 41/16 44/16 48/17 48/23 49/1
MR. WEIMER: [2] 37/6 37/14
MR. WEINBEL: [5] 5/11 17/25 18/10 41/22 44/22
MS. CARRERAS: [16] 5/2 17/23 18/8 18/11 18/15 18/18 19/7 28/18 38/24 39/7 39/14 41/20 44/20 48/1 48/5 48/12
THE COURT: [233]

## $

$1 [1] 36/2
$1 million [1] 36/2
$100 [3] 36/8 37/1 37/23
$250,000 [1] 37/20
$5 [1] 36/20
$5 million [1] 36/20

## -

-- Justin [1] 4/15

## /

/s [1] 50/10

## 0

04 [1] 3/3

## 1

1/31/2026 [1] 50/15
10 [1] 30/15
101 [1] 2/15
10th [2] 2/21 50/16
11 [5] 28/13 30/16 38/24 39/5 48/3
115 [1] 2/12
12 [1] 20/5
123 [1] 4/18
13 [1] 47/9
14 [1] 46/21
16 [2] 20/4 47/7
1700 [1] 2/6
18 [1] 13/10
1984 [1] 12/15

## 2

20 [1] 36/2
2024 [8] 1/6 1/11 1/16 1/21 4/2 47/7 47/9 50/8
2026 [1] 50/15
21 [1] 5/7
214.845.7007 [1] 2/10
23 [3] 15/6 15/8 20/5
259 [1] 4/25
26th [1] 29/9
28 [5] 1/6 1/11 1/16 1/21 4/2

## 3

300 [1] 37/9
3158 [1] 50/11
3300 [1] 2/9
3553 [1] 13/11
372 [1] 4/9
385 [1] 42/18
3E1.1 [1] 46/9

## 4

40 [1] 36/21
40 grams [2] 26/8 26/13
41 [1] 3/4
45 [3] 3/5 15/1 42/22
4:22-CR-123 [1] 4/18
4:22-CR-123-P-3 [1] 1/9
4:22-CR-372 [1] 4/9
4:22-CR-372-P-1 [1] 1/4
4:23-CR-259 [1] 4/25
4:23-CR-259-P-1 [1] 1/14
4:24-CR-021-P-1 [1] 1/19
4:24-CR-21 [1] 5/7
4th [1] 2/15

## 5

50 [1] 3/6
501 [2] 2/21 50/16
507 [2] 2/21 50/16
51 [1] 3/7
59 [1] 15/3
5th [1] 50/8

## 6

60 [1] 15/3
604 [1] 2/15
6882 [1] 2/7

## 7

700 [1] 2/9
75219 [1] 2/10
76102 [5] 2/13 2/16 2/19 2/22 50/16
76102-6882 [1] 2/7

## 8

801 [1] 2/6
817.252.5200 [1] 2/7
817.795.9956 [1] 2/16
817.850.6661 [2] 2/22 50/18
817.870.1544 [1] 2/13
817.978.2753 [1] 2/20
819 [1] 2/19

## 9

9:00 a.m [2] 47/8 47/10
9:35 [5] 1/7 1/12 1/17 1/22 4/2
9A10 [1] 2/19

## A

a.m [7] 1/7 1/12 1/17 1/22 4/2 47/8 47/10
ability [3] 5/17 16/24 34/19
able [1] 13/19
abolished [1] 14/9
about [9] 11/12 12/6 16/22 26/24 37/13 39/5 40/11 40/13 48/24
above [3] 14/1 29/6 29/10
accept [4] 30/6 39/25 41/23 45/24
acceptance [1] 46/10
accepted [2] 10/19 22/11
accepting [2] 37/11 43/2
account [1] 13/15
accused [1] 11/6
Act [1] 12/15
actually [2] 11/7 48/21
adding [1] 43/10
addition [1] 37/6
additional [6] 32/12 36/7 36/25 37/22 39/21 43/9
Address [2] 50/16 50/19
adjourned [1] 49/4
adjudged [1] 34/22
Administration [1] 8/17
admission [1] 27/8
admit [3] 25/14 26/16 27/11
admonish [2] 48/2 48/24
Admonishments [1] 3/3
advance [1] 46/12
adversely [1] 34/18
advice [4] 21/25 22/6 27/20 41/14
advisory [1] 12/17
affect [1] 34/19
affirmative [1] 5/21
affirms [1] 38/6
afford [1] 9/24
after [2] 13/20 13/24
Again [3] 5/9 35/21 35/24
against [20] 7/2 7/13 9/11 9/18 11/24 12/21 19/22 20/1 20/11 22/17 23/18 27/16 34/23 39/21 40/25 41/3 41/7 41/11 45/20 45/22
ago [1] 14/9
agree [2] 42/11 43/11
agreed [1] 37/8
agreement [31] 25/2 25/6 25/7 25/25 26/3 26/4 28/8 28/10 28/12 28/21 28/24 29/15 29/19 29/22 30/6 30/7 30/14 31/4 31/11 31/20 32/2 32/19 32/21 33/7 37/7 37/9 37/11 39/10 39/19 40/1 48/3

A

agreements [3] 28/5 38/15 39/25
ahead [1] 5/22
alcohol [1] 16/5
alien [1] 26/25
all [40] 4/3 4/6 4/12 5/14 5/19 5/22 8/5 9/5 9/17 9/23 11/15 14/12 14/22 17/2 18/12 19/6 19/9 22/16 25/14 26/17 27/14 28/5 29/2 29/13 31/11 33/14 33/20 37/15 38/15 40/10 40/22 42/13 42/25 43/4 43/16 44/24 47/11 47/15 49/2 49/3
alleged [2] 26/21 26/24
Allocution [1] 8/18
allow [2] 23/19 45/3
allowed [1] 47/19
alone [1] 10/3
along [1] 13/9
already [3] 9/11 45/16 48/17
also [7] 14/6 21/21 24/6 32/21 34/25 37/23 46/19
also -- has [1] 34/25
am [1] 8/2
AMERICA [4] 1/4 1/9 1/14 1/19
amount [3] 25/11 26/9 26/14
answer [2] 7/12 18/21
answered [1] 5/20
answering [1] 6/2
answers [2] 7/13 45/2
any [38] 7/12 8/6 9/10 9/20 9/21 10/20 11/20 11/22 12/1 12/2 13/9 13/10 16/5 16/14 17/15 18/21 20/23 21/15 28/15 28/15 28/19 32/3 32/3 33/8 33/8 33/17 33/17 33/21 35/10 36/4 36/23 38/7 40/12 40/12 46/13 46/14 46/20 47/11
anyone [6] 11/12 11/23 32/3 33/7 33/16 33/20
anything [4] 16/22 32/18 40/13 46/20
appeal [9] 10/6 14/4 14/7 28/8 28/14 30/15 30/19 30/20 31/3
appear [1] 8/19
appearing [2] 5/10 27/14
appears [1] 21/6
applicable [1] 13/8
application [1] 46/9
apply [3] 12/22 27/18 32/14
appointed [1] 9/24
appropriate [5] 23/14 24/13 35/22 39/22 44/24
approve [1] 30/7
approximately [1] 42/18
are [44] 4/6 4/8 4/11 7/11 10/8 11/14 12/4 13/16 13/23 14/9 14/24 15/19 16/4 17/5 18/13 19/10 19/14 20/7 23/18 24/16 24/21 24/25 25/23 27/14 27/19 28/5 30/6 31/11 34/6 34/22 35/24 38/2 39/3 42/10 44/2 44/2 44/12 47/4 47/9 47/11 47/16 48/14 48/15 48/18
arraignment [2] 2/1 4/7
as [42] 4/7 5/23 6/24 9/25 10/21 10/21 10/22 11/24 12/16 14/2 14/2 18/1 20/13 21/21 22/3 23/19 24/12 24/13 24/21 24/25 25/3 25/23 26/1 27/17 27/17 31/3 35/5 35/8 35/21 36/1 36/18 36/19 37/13 37/15 37/17 44/14 45/3 46/1 47/1 47/1 47/24 48/14
ask [12] 5/15 14/22 20/14 25/13 30/19 32/18 33/5 33/16 36/9 37/12 39/5 40/23
asked [2] 43/1 46/4
asking [1] 30/6
assessed [1] 11/24
assessment [3] 36/8 37/1 37/23
assist [1] 46/3
assistance [1] 9/22
ASSISTANT [1] 2/18
associated [1] 10/22
assurance [3] 32/3 33/8 33/17
attempted [1] 33/21
attendance [1] 9/21
attention [2] 6/1 30/18
attorney [23] 9/23 9/24 9/24 11/14 11/19 12/20 13/13 20/12 20/15 23/15 24/10 27/6 27/17 27/21 30/20 32/7 33/2 35/19 38/4 40/13 44/25 46/7 46/19
Attorney's [1] 19/21
attorneys [1] 48/15
August [1] 50/8
authority [2] 8/5 14/1
automatic [1] 38/9
Avenue [1] 2/9

B

BARCLAY [62]
based [5] 8/3 11/21 14/3 20/11 45/2
bases [1] 40/2
basis [3] 11/10 41/24 45/21
be [58]
because [4] 12/4 23/17 46/15 48/1
BECK [10] 2/5 4/13 4/15 4/15 4/23 5/4 5/5 5/9 24/11 35/19
become [1] 34/19
been [15] 7/2 9/12 9/25 12/16 13/21 15/20 19/22 20/13 20/24 21/7 32/21 34/25 42/18 43/8 46/24
before [5] 2/2 9/7 9/8 20/7 47/4
begin [2] 6/6 34/15
behalf [1] 9/21
being [2] 19/20 45/17
believe [5] 17/16 18/1 19/17 20/6 22/7
below [1] 14/1
best [1] 5/16
between [1] 13/13
beyond [4] 10/5 24/23 25/21 26/22
binding [1] 48/7
blank [2] 29/6 29/8
blue [1] 29/14
both [2] 13/21 34/20
bound [5] 13/12 38/17 39/4 39/10 39/17
bring [1] 39/21
brought [1] 19/22
Burns [1] 2/12
Business [1] 50/16

C

calculate [1] 13/8
call [3] 4/7 24/10 35/18
called [1] 24/12
can [6] 5/15 6/3 13/14 32/11 37/18 38/5
cannot [1] 11/7
capable [1] 45/18
care [1] 15/20
carefully [1] 24/12
CARRERAS [12] 2/14 2/15 5/2 5/6 17/22 18/9 19/8 22/6 23/9 41/19 44/19 47/25
case [29] 1/4 1/9 1/14 1/19 8/3 8/7 11/13 12/19 12/22 13/25 19/23 20/1 20/11 21/8 22/15 24/12 24/12 27/16 27/18 27/21 28/6 28/22 29/23 32/5 33/18 33/22 34/17 39/23 43/18
cases [6] 9/25 28/16 28/23 33/15 42/3 47/9
cause [6] 4/9 4/18 4/25 5/7 19/17 20/6
certain [1] 35/2
certainty [1] 38/5
Certificate [2] 3/6 50/1
certify [2] 50/2 50/5
challenge [1] 13/22
change [6] 40/3 42/8 42/11 42/17 43/2 43/11
charge [9] 19/25 20/3 20/10 23/16 23/20 34/22 35/20 45/20 45/25
charged [10] 9/11 19/14 19/15 19/20 20/7 24/24 25/3 25/22 26/1 45/22
charges [10] 12/21 19/22 22/17 23/3 23/4 23/18 24/4 27/16 39/21 39/21
Cherry [1] 2/6
choose [1] 9/10
chooses [1] 33/3
CHRIS [3] 2/17 5/10 5/12
circumstances [1] 14/6
citizen [2] 34/6 34/19
citizens [1] 35/5
citizenship [2] 35/8 35/11
clear [1] 47/17
clerk [2] 5/17 46/23
client [4] 17/16 18/2 21/16 41/14
client's [1] 18/21
clients' [1] 44/13
close [1] 6/1
coercion [1] 12/2
College [1] 15/12
comments [1] 46/13
Commission [1] 12/17
committed [5] 19/18 20/6 25/14 26/17 27/11
community [1] 47/19
compel [1] 9/20
compelled [1] 10/1
competent [2] 17/16 45/18
completed [1] 13/21
compliance [1] 47/16
comply [1] 50/6
composed [1] 20/4
computer [1] 2/25
conclusions [1] 13/22
condition [3] 36/4 36/23 41/24
conditions [3] 37/21 47/16 47/19
conduct [1] 8/6
conducted [1] 46/15
conducting [1] 8/2
confer [1] 32/7
Conference [1] 50/7
conferring [2] 21/22 32/9
confinement [3] 36/7 36/25 37/22
confirm [1] 19/2
conflict [2] 18/24 18/25
confront [1] 9/17
consent [6] 8/4 8/17 8/19 8/21 19/20 27/6
consented [1] 9/7
consequences [9] 12/6 35/20 36/11 37/4 37/24 38/2 38/8 38/9 38/13
consider [2] 12/18 13/9

C

consignment [1] 42/9
consistent [4] 21/24 22/5 41/14 44/13
conspiracy [4] 24/17 25/10 26/7 26/12
Constitution [2] 9/12 19/15
constitutional [1] 10/9
construed [1] 12/16
contact [1] 47/1
contain [1] 30/14
containing [4] 25/11 26/9 26/13 45/21
contains [1] 39/19
CONTINUED [1] 1/25
control [1] 10/3
controlled [6] 24/18 25/3 25/12 26/1 26/10 26/14
convicted [2] 11/9 11/18
conviction [6] 10/7 11/10 34/16 35/7 35/20 38/6
convincing [1] 47/17
cooperation [1] 46/5
copy [4] 22/16 29/2 46/11 46/24
corners [1] 32/19
correct [4] 7/6 39/7 44/3 50/3
correctly [1] 7/1
could [10] 7/13 9/23 10/1 34/17 34/17 34/18 34/22 37/22 46/5 48/21
counsel [16] 8/20 17/15 18/1 19/3 21/15 27/15 29/8 32/9 34/20 41/13 44/12 45/3 46/11 46/25 46/25 47/21
count [10] 19/24 20/11 22/24 24/25 25/23 26/21 40/24 41/2 41/6 41/10
course [1] 37/10
court [41] 1/1 2/2 2/21 6/3 8/1 9/20 10/19 11/8 11/12 11/16 11/20 11/21 12/16 13/12 13/14 13/19 13/24 13/25 14/4 22/11 23/16 30/6 36/5 36/7 36/23 36/25 37/11 37/18 38/5 39/25 40/1 42/1 45/1 45/4 45/17 46/3 48/2 48/8 49/4 50/6 50/12
Court's [4] 3/5 7/12 13/7 22/12
courtroom [4] 4/8 19/8 23/9 47/6
CR [8] 1/4 1/9 1/14 1/19 4/9 4/18 4/25 5/7
crime [2] 11/7 11/8
criminal [2] 12/18 28/13
cross [1] 9/17
cross-examine [1] 9/17
CRR [3] 2/21 50/2 50/11
CSR [5] 2/21 50/2 50/11 50/11 50/15
CURETON [1] 2/2
currently [1] 15/19
custodial [1] 47/12
custody [1] 47/23

D

Dallas [1] 2/10
danger [1] 47/18
date [6] 26/24 29/8 29/10 29/12 46/12 46/22
DAVIS [11] 2/11 2/12 4/24 17/20 18/6 18/21 21/19 21/22 22/3 41/17 44/17
day [1] 50/8
days [1] 46/22
deal [1] 16/23
deals [1] 46/10
debbie.saenz [2] 2/23 50/19
DEBRA [4] 2/21 50/2 50/10 50/11
decide [2] 11/25 39/25
decided [1] 11/21
decision [1] 8/5
decision-making [1] 8/5
defendant [56] 1/7 1/12 1/17 1/22 2/8 2/11 2/14 2/17 5/15 8/19 11/6 11/9 21/22 22/16 23/16 25/5 25/7 26/2 26/4 26/11 26/25 27/1 27/3 27/5 29/8 29/9 35/21 36/4 36/6 36/22 36/24 37/21 38/3 38/6 45/2 45/23
defendant's [2] 27/9 37/25
defendants [13] 5/15 5/18 18/13 19/10 22/9 28/7 33/6 33/20 35/5 38/15 45/18 47/22 48/14
DEFENDER [1] 2/18
defense [9] 4/17 4/24 5/6 5/13 17/15 21/15 41/13 44/12 46/25
degree [1] 46/4
DEKELBAUM [57]
deliver [1] 46/23
DEPARTMENT [2] 2/5 27/7
departures [1] 13/9
depend [1] 11/22
deportation [2] 34/17 35/1
deported [1] 34/22
deprive [1] 35/7
detectable [3] 25/11 26/9 26/14
determine [1] 13/19
determined [1] 13/24
determines [1] 11/8
determining [2] 12/18 13/7
did [6] 15/9 30/19 31/19 32/14 48/2 48/4
didn't [1] 32/15
direct [1] 30/18
directly [2] 25/1 25/24
disability [3] 16/15 16/23 17/3
discuss [1] 30/20
discussed [8] 10/22 12/20 20/14 27/16 32/12 34/20 34/25 40/13
discussions [1] 33/1
dismiss [1] 39/20
disposition [1] 39/22
disregard [1] 13/15
distribute [5] 24/18 25/2 25/3 25/25 26/1
district [17] 1/1 1/2 2/6 2/18 8/3 8/4 8/6 9/7 9/15 30/6 37/11 38/5 39/25 46/3 46/16 46/16 50/12
DIVISION [2] 1/3 50/13
do [54]
document [5] 28/22 28/22 29/22 42/1 43/18
documents [3] 8/16 28/6 31/12
does [4] 29/10 30/14 38/25 38/25
doing [3] 16/25 17/6 32/12
don't [4] 29/4 39/2 48/18 48/22
done [5] 9/25 12/23 46/17 46/20 48/18
doubt [4] 10/5 24/24 25/22 26/23
drug [1] 16/5
during [1] 45/17

E

E-Mail [1] 50/19
each [53]
earlier [1] 48/21
education [1] 15/10
effect [1] 38/5
efficient [1] 5/25
effort [4] 20/24 32/4 33/9 33/17
either [1] 27/6
elements [10] 24/7 24/11 24/21 24/23 25/15 25/20 26/17 26/22 27/11 45/22
ELIJIO [3] 1/21 5/8 6/19
else [2] 11/23 32/18
Email [1] 2/23
emotional [1] 16/14
End [1] 49/5
enforcement [1] 11/23
English [1] 7/25
entail [1] 38/8
enter [6] 9/6 17/17 31/20 32/4 33/9 33/18
entered [2] 11/15 32/21
entering [1] 45/19
enters [1] 4/4
entitled [4] 8/17 28/12 42/2 50/4
ESCALANTE [42] 1/21 2/18 5/8 6/18 6/20 6/22 6/25 7/9 7/22 8/14 9/3 10/16 11/4 12/13 13/4 14/20 15/7 15/17 16/2 16/12 17/3 17/13 22/25 23/12 24/2 26/20 27/10 28/3 33/16 34/4 34/13 34/15 37/16 37/17 38/11 39/15 40/20 41/11 43/13 43/25 44/10 45/12
Escalante's [1] 28/6
ESCALANTE-PERALES [4] 1/21 2/18 5/8 6/20
essential [8] 24/7 24/11 24/23 25/14 25/20 26/17 27/11 45/22
establish [3] 24/24 25/22 26/21
even [4] 13/6 13/17 35/1 38/8
event [1] 13/16
ever [2] 35/9 35/9
everyone [1] 6/1
evidence [2] 9/20 47/17
examine [1] 9/17
except [1] 11/13
excuse [1] 47/20
excused [2] 18/18 48/15
exiting [1] 19/8
expect [2] 38/17 39/17
expectation [1] 39/4
expectations [1] 39/3
expected [1] 39/9
Expires [1] 50/15
explained [4] 24/6 36/12 37/4 38/13
explanations [2] 12/5 14/12
express [1] 27/6
extent [1] 45/16

F

fact [1] 45/21
factor [1] 46/5
factors [1] 13/10
facts [18] 11/13 11/21 13/12 13/15 13/16 13/22 13/25 14/3 42/9 42/18 43/10 44/2 44/3 44/12 44/13 44/25 45/4 45/14
factual [12] 41/24 42/2 42/2 42/5 42/14 43/5 43/14 43/17 44/3 44/13 45/1 45/16
false [1] 7/14
falsely [1] 7/13
familiarity [1] 46/8
far [1] 15/9
FEBRUARY [6] 1/6 1/11 1/16 1/21 4/2 29/9
February 26th [1] 29/9
federal [8] 2/18 11/8 12/21 14/8 14/10 14/13 28/13 42/1
fees [1] 50/5
felony [5] 19/14 19/16 19/18 35/7 35/7

F

fentanyl [2] 26/9 26/14
few [1] 19/13
fifth [1] 26/11
file [2] 45/16 48/21
filed [6] 7/2 19/20 20/12 22/15 22/17 46/21
filing [3] 19/23 33/14 45/15
fill [1] 29/13
final [1] 8/5
finally [5] 5/7 14/8 26/20 37/15 43/13
find [4] 9/5 20/5 22/8 47/17
Findings [1] 3/5
finds [2] 19/16 45/17
fine [3] 36/2 36/20 37/19
firearm [1] 35/10
firm [1] 6/2
first [7] 14/24 24/19 25/1 25/24 26/24 28/24 42/5
flight [1] 47/18
floor [1] 47/5
follow [1] 38/25
following [2] 9/13 26/22
follows [5] 24/22 24/25 25/23 36/1 36/19
force [2] 12/2 33/21
foregoing [3] 40/22 50/3 50/4
form [5] 8/21 21/7 22/12 46/23 46/24
formal [3] 15/10 23/20 45/5
format [1] 50/5
forms [1] 8/19
FORT [12] 1/3 1/5 1/10 1/15 1/20 2/7 2/13 2/16 2/19 2/22 50/13 50/16
forth [4] 24/11 31/3 31/12 35/19
forward [1] 33/3
found [3] 10/6 27/3 46/18
four [2] 5/18 32/19
fourth [4] 25/10 26/7 27/5 47/5
free [1] 31/19
Friday [1] 32/23
full [2] 6/4 47/16
fully [9] 17/5 17/16 20/16 23/3 23/17 27/19 29/22 43/17 45/18
further [9] 10/20 25/8 26/5 36/7 36/25 47/2 47/20 47/23 50/5

G

General [1] 27/6
Generally [1] 11/6
get [1] 32/22
gets [1] 39/10
give [2] 9/9 46/4
given [2] 11/19 22/6
glad [1] 42/25
go [6] 5/22 6/21 15/9 19/12 28/6 42/3
going [10] 5/22 15/3 22/8 24/10 29/13 32/12 33/3 37/12 39/5 48/18
gone [1] 48/6
good [8] 6/2 21/24 32/17 33/4 37/12 43/4 47/21 47/24
got [1] 47/15
government [28] 1/4 1/9 1/14 1/19 2/5 4/16 4/21 5/4 5/5 5/9 11/14 11/23 13/14 13/21 14/6 19/25 20/1 24/8 26/22 29/10 30/7 31/4 31/12 31/20 32/12 37/8 39/20 47/13
government's [1] 29/7
grade [1] 15/14
grams [2] 26/8 26/13
grand [8] 19/16 20/2 20/4 20/5 20/9 20/10 20/16 22/10
greater [1] 37/9
group [5] 2/15 24/13 24/19 35/21 35/25
guaranteed [1] 10/9
guarantees [1] 9/12
guideline [4] 13/8 13/20 13/24 14/2
guidelines [5] 12/17 12/22 13/10 27/18 46/9
guilt [1] 10/5
guilty [60]

H

had [8] 13/22 23/2 27/5 29/21 32/23 33/1 43/16 48/18
hand [2] 10/18 13/13
hands [1] 5/16
happened [1] 48/5
hard [1] 32/22
has [20] 7/2 9/25 11/12 12/17 13/21 13/24 13/25 14/7 19/1 22/6 22/12 22/16 32/3 33/1 33/7 33/16 33/20 34/25 37/8 46/24
have [65]
have -- if [1] 9/10
having [3] 6/4 40/22 46/8
he [14] 11/7 19/1 32/13 32/15 33/2 33/3 37/21 38/7 38/25 39/6 39/9 39/10 48/8 48/17
he's [4] 5/11 38/24 39/4 39/8
hear [3] 6/3 9/17 32/11
heard [2] 11/21 40/22
hearing [5] 8/3 45/17 46/15 46/22 48/21
Henderson [1] 2/12
her [1] 18/21
here [14] 4/11 5/24 11/13 16/25 17/6 21/7 22/11 23/15 27/15 29/3 39/3 39/8 45/1 46/17
hereby [1] 45/24
HERIBERTO [4] 1/11 4/19 6/10 6/13
higher [2] 39/3 39/9
him [7] 19/1 33/3 37/12 39/5 45/20 46/17 48/24
his [15] 8/20 22/10 38/4 38/5 38/6 38/8 38/9 39/1 39/2 39/4 42/23 42/24 45/19 48/3 48/9
hold [1] 35/9
Homeland [1] 27/7
Honor [55]
HONORABLE [2] 2/2 47/5
how [8] 12/21 14/24 15/9 27/17 40/24 41/2 41/6 41/10
however [7] 8/4 11/15 11/18 19/19 23/17 38/3 45/1

I

I'll [7] 5/20 6/24 24/19 35/25 41/23 47/20 48/25
I'm [8] 5/22 22/8 24/10 28/23 29/13 37/12 39/5 42/25
I've [5] 8/16 18/25 21/7 45/2 47/15
II [3] 25/12 26/9 26/14
immigration [4] 35/1 37/25 38/2 38/7
impose [5] 13/14 14/1 36/8 37/1 37/18
imposed [1] 14/2
imposes [1] 14/5
imprisoned [1] 37/22
imprisonment [5] 14/10 36/3 36/21 37/10 37/19
improper [1] 20/23
include [2] 37/18 38/9
includes [1] 37/23
including [3] 9/21 37/25 38/4
independent [1] 45/21
Index [1] 3/7
indicated [1] 48/15
indicating [1] 47/15
indict [1] 20/9
indicted [2] 20/8 20/13
indictment [11] 7/1 19/17 19/19 20/2 20/10 20/15 20/24 21/16 22/10 22/25 41/11
indirectly [2] 25/2 25/25
individualized [1] 14/23
individually [2] 5/23 5/24
induce [4] 20/24 32/4 33/9 33/18
induced [1] 12/1
influence [1] 16/4
inform [4] 13/6 14/8 34/16 35/6
information [14] 7/2 19/20 19/21 19/23 19/24 20/12 22/18 24/25 25/4 40/25 41/3 41/7 46/4 48/23
informations [2] 18/14 19/11
informed [2] 27/15 45/19
initial [1] 9/9
initials [3] 42/23 42/24 43/2
ink [1] 29/14
inserted [1] 43/9
instruction [1] 47/2
instructions [2] 6/2 9/9
intent [5] 24/18 25/3 25/8 26/1 26/5
interfere [1] 16/24
interpreter [1] 8/1
interview [1] 46/8
investigation [2] 44/14 47/3
involved [3] 25/11 26/8 26/12
is [76]
issue [1] 27/17
issued [1] 12/17
it [40] 6/13 8/21 13/7 17/6 19/18 19/23 20/9 21/6 22/5 22/7 23/14 24/13 28/11 28/24 29/3 29/5 29/15 29/18 34/18 34/25 34/25 37/23 38/18 40/1 40/3 41/16 41/20 42/5 42/14 42/24 42/25 43/5 43/14 44/24 46/13 46/14 48/2 48/5 48/7 48/8
it's [12] 8/4 8/6 9/11 11/8 12/16 14/3 32/22 32/25 37/7 39/3 39/9 48/25
its [3] 20/1 25/8 26/5
itself [1] 46/21

J

JEFFREY [1] 2/2
joined [2] 25/7 26/4
Josh [1] 4/15
judge [14] 2/2 4/4 8/3 8/4 8/6 8/18 9/7 11/8 32/11 32/22 38/25 46/16 46/17 47/5
judges [1] 12/18
judgment [1] 10/3
Judicial [1] 50/6
June [1] 47/9
June 13 [1] 47/9
jurors [1] 20/5
jury [11] 9/14 11/10 18/17 19/16 20/2 20/4 20/9 20/10 20/16 22/10 35/9
just [22] 10/22 19/2 19/23 20/13 30/18 32/11 32/25 36/9 36/11 37/4 37/6 37/7

## J

just [10] 37/13 38/13 39/6 42/4 42/24 46/25 48/13 48/16 48/17 48/24
JUSTICE [1] 2/5
JUSTIN [3] 2/5 4/15 5/4

## K

K.H [1] 43/10
KARA [3] 2/14 5/2 5/6
kind [6] 10/20 12/2 32/4 33/8 33/17 35/10
knew [3] 25/5 26/2 26/11
know [4] 4/8 39/2 40/10 48/18
knowing [2] 18/3 45/20
knowingly [3] 9/6 22/9 31/2
known [1] 26/12

## L

language [4] 7/25 39/20 39/24 43/9
LASSITER [9] 2/8 2/9 4/17 17/18 18/4 21/17 22/1 41/15 44/15
last [1] 6/21
later [1] 7/13
law [4] 2/9 2/15 11/23 14/3
Lawn [1] 2/9
least [5] 5/24 20/4 20/5 26/8 26/13
leave [2] 34/18 48/25
legal [4] 21/25 22/5 27/19 41/14
leniency [1] 11/20
less [3] 36/3 36/20 36/22
let [9] 4/8 6/4 9/9 14/22 20/14 25/13 33/5 34/15 36/9
Let's [2] 28/15 47/4
letter [1] 32/20
like [1] 42/25
listen [1] 24/12
listening [1] 6/1
long [2] 14/2 14/9
looked [1] 42/25
lot [1] 40/11
low [1] 39/9
luck [2] 47/21 47/24

## M

made [6] 9/12 20/24 30/7 32/3 33/8 33/16
MAGISTRATE [2] 2/2 8/18
Mail [1] 50/19
make [6] 5/25 18/2 32/13 39/6 46/13 46/16
making [2] 7/14 8/5
mandatory [4] 35/2 36/8 37/1 37/23
many [1] 9/25
MARK [4] 2/8 2/9 4/17 47/5
marked [2] 42/10 42/19
marshal [1] 47/23
matter [7] 10/2 12/21 18/24 20/15 23/19 45/3 50/4
matters [1] 4/6
maximum [3] 36/1 36/18 37/17
may [23] 5/19 11/16 13/12 18/18 19/6 19/15 19/19 24/13 32/7 32/8 35/1 35/7 35/21 36/5 36/11 36/23 37/3 37/24 38/8 38/12 46/20 47/7 48/2
May 16 [1] 47/7
me [12] 4/8 6/4 9/8 9/9 14/22 20/14 25/13 27/15 33/5 34/15 36/9 40/12
mechanical [1] 2/24
medication [1] 16/23
mental [1] 16/15
mentally [1] 33/20
mentioned [1] 13/16
Messrs. [2] 24/16 35/24
Messrs. Dekelbaum [1] 35/24
Messrs. Santiago [1] 24/16
methamphetamine [1] 25/12
MICHAEL [3] 1/6 4/10 6/7
middle [1] 6/11
might [10] 12/22 13/15 13/17 16/24 20/9 20/9 27/18 38/16 39/17 48/23
million [2] 36/2 36/20
mind [1] 17/5
missed [1] 48/2
mixture [3] 25/11 26/8 26/13
moment [5] 5/16 37/13 39/6 42/4 48/16
moments [1] 19/13
months [1] 37/10
more [8] 14/22 20/5 25/1 25/24 36/2 36/21 38/16 39/16
morning [7] 5/11 5/24 8/16 17/6 18/13 19/10 21/7
most [2] 5/24 5/25
motion [1] 48/21
MR [9] 2/5 2/8 2/11 2/17 5/5 18/6 21/22 40/16 44/4
Mr. [223]
Mr. Barclay [57]
Mr. Beck [5] 4/13 4/23 5/9 24/11 35/19
Mr. Chris [1] 5/12
Mr. Davis [6] 17/20 18/21 21/19 22/3 41/17 44/17
Mr. Dekelbaum [50] 6/6 7/3 7/16 8/8 8/22 10/10 10/23 12/7 12/23 14/14 14/25 15/11 15/21 16/6 16/16 17/7 19/11 20/17 20/25 21/9 22/18 23/5 23/21 25/16 27/22 28/9 28/25 29/24 30/8 30/16 30/21 31/5 31/13 31/21 32/6 33/23 34/7 35/12 36/13 38/19 40/4 40/14 40/25 42/6 43/19 45/6 47/7 47/12 47/17 48/17
Mr. Escalante [36] 6/25 7/9 7/22 8/14 9/3 10/16 11/4 12/13 13/4 14/20 15/7 15/17 16/2 16/12 17/3 17/13 22/25 23/12 24/2 26/20 27/10 28/3 33/16 34/4 34/13 34/15 37/16 37/17 38/11 39/15 40/20 41/11 43/13 43/25 44/10 45/12
Mr. Escalante's [1] 28/6
Mr. Escalante-Perales [1] 6/18
Mr. Josh Beck [1] 4/15
Mr. Lassiter [6] 17/18 18/4 21/17 22/1 41/15 44/15
Mr. Mark [1] 4/17
Mr. Nick [1] 4/24
Mr. Rhodes [3] 5/10 34/21 44/23
Mr. Santiago [48] 6/9 7/5 7/18 8/10 8/24 10/12 10/25 12/9 12/25 14/16 15/2 15/13 15/23 16/8 16/18 17/9 19/12 20/19 21/2 21/11 22/3 22/4 22/20 23/7 23/23 25/18 27/24 28/10 29/16 30/1 30/10 30/16 30/23 31/7 31/15 31/23 33/10 33/25 34/9 35/14 36/15 38/21 40/6 41/3 42/15 43/21 44/6 45/8
Mr. Santiago's [1] 22/12
Mr. Weinbel [5] 17/24 18/9 34/21 41/21 44/21
MS [4] 2/14 2/21 17/22 23/9
Ms. [7] 5/6 18/9 19/8 22/6 41/19 44/19 47/25
Ms. Carreras [6] 18/9 19/8 22/6 41/19 44/19 47/25
Ms. Kara [1] 5/6
must [15] 12/1 12/3 13/6 20/1 20/5 24/23 25/21 26/22 35/5 36/7 36/25 39/25 46/21 47/22 48/5
my [8] 5/17 12/5 14/12 28/21 32/7 32/14 46/23 48/20

## N

name [5] 4/8 6/4 6/11 6/21 7/1
narcotic [1] 16/5
nature [2] 23/3 23/18
need [11] 5/14 5/25 8/1 19/12 28/6 29/3 29/4 33/16 34/16 42/3 47/11
never [1] 11/22
nevertheless [1] 38/6
new [1] 48/23
next [1] 28/21
NICK [2] 2/11 4/24
Nickoless [1] 6/17
Ninth [3] 15/14 15/16 15/18
no [54]
NORTHERN [4] 1/2 2/6 2/18 50/12
not [38] 9/10 9/24 10/1 10/20 11/12 11/12 12/1 13/12 13/16 13/17 13/19 14/10 17/16 19/15 20/4 20/9 21/16 22/14 24/4 27/5 28/15 28/19 32/15 32/25 36/2 36/3 36/20 36/22 38/25 39/21 40/3 40/25 41/4 41/8 41/11 45/14 45/16 47/18
note [2] 18/17 46/9
now [4] 7/12 16/4 24/11 35/18
number [7] 4/9 4/18 4/25 5/7 39/9 42/21 42/25

## O

Oak [1] 2/9
oath [2] 5/15 7/12
objections [3] 46/14 46/20 46/21
obligation [1] 13/7
occurred [1] 19/18
off [1] 46/1
offense [13] 9/10 19/14 20/7 24/7 24/17 25/15 25/21 26/18 26/21 27/12 35/6 35/25 45/22
offenses [3] 24/21 24/24 25/22
office [5] 19/21 35/9 46/2 46/24 47/1
officers [1] 11/17
Offices [1] 2/9
Official [1] 50/12
officials [1] 35/1
Oh [6] 5/12 19/10 28/19 32/24 42/24 42/24
okay [20] 4/15 5/12 6/15 6/24 15/25 19/1 19/2 19/3 28/19 29/6 32/10 32/17 33/4 33/4 35/4 36/17 39/13 39/19 43/13 48/5
old [1] 14/24
OMISSIONS [1] 1/25
one [12] 13/13 19/24 20/11 22/24 28/17 38/4 40/1 40/24 41/2 41/6 41/10 48/22
one-count [7] 19/24 20/11 22/24 40/24 41/2 41/6 41/10
only [1] 12/4
open [2] 22/11 23/16
opportunity [4] 11/19 13/22 40/2 46/13
opposed [1] 5/23

O

option [1] 33/3
order [6] 22/15 24/24 25/22 26/21 33/14 45/15
ordered [1] 46/7
original [1] 29/3
other [13] 10/18 12/4 13/10 13/14 22/15 32/2 32/3 33/7 33/8 33/21 35/10 38/2 39/21
others [1] 22/14
our [3] 12/16 18/12 19/10
out [7] 19/4 19/6 42/19 42/25 45/1 47/19 48/2
outside [2] 11/17 32/18
over [4] 8/5 19/12 28/6 42/3
overall [2] 25/10 26/7
own [1] 31/19

P

page [3] 1/25 3/2 43/8
papers [1] 22/15
paragraph [5] 30/15 30/15 30/16 30/19 43/9
parole [2] 14/9 14/11
part [3] 32/17 32/25 48/7
particular [1] 28/22
paying [1] 6/1
penalties [5] 35/19 36/11 37/3 37/18 38/12
penalty [6] 11/9 11/20 11/24 36/1 36/18 37/9
pending [2] 47/19 47/23
PERALES [5] 1/21 2/18 5/8 6/18 6/20
perhaps [1] 34/21
period [3] 36/7 36/25 37/22
perjury [1] 7/14
permitted [1] 13/17
persist [1] 9/11
persons [3] 20/5 25/1 25/24
physically [1] 33/21
physician [1] 15/20
Pittman [1] 47/5
place [1] 22/12
placed [1] 5/15
placing [1] 30/5
plea [53]
plead [17] 9/10 10/18 11/7 11/18 11/25 12/3 23/17 33/22 35/21 36/10 37/3 38/7 38/12 40/24 41/2 41/6 41/10
pleading [10] 10/20 12/6 18/13 19/11 23/18 24/7 24/16 35/6 35/24 37/24
pleas [5] 3/4 11/20 41/23 41/25 45/24
please [4] 4/5 4/8 5/16 24/12
pled [1] 45/25
PLLC [1] 2/12
plus [2] 36/3 36/21
point [1] 40/11
portion [2] 45/1 48/3
possess [4] 24/17 25/2 25/25 35/10
possible [3] 13/9 32/14 48/25
potential [1] 35/19
power [1] 9/19
practicable [1] 47/2
predict [1] 38/5
prepared [2] 11/16 46/2
prescribed [1] 50/6
presence [2] 11/13 11/17
present [13] 4/12 4/16 4/17 4/20 4/21 4/22 4/24 5/6 5/13 11/15 11/20 20/1 46/7
presentence [6] 11/16 13/20 46/2 46/12 46/25 47/2
pressure [1] 12/2
previous [1] 27/9
previously [2] 18/25 27/1
primarily [1] 6/21
probability [1] 34/21
probable [2] 19/17 20/6
probation [5] 11/17 46/2 46/24 47/1 48/25
problem [1] 48/13
Procedure [1] 28/13
proceed [2] 9/8 20/11
proceeding [4] 5/14 8/1 38/3 46/1
proceedings [7] 2/24 3/2 9/23 47/20 47/23 49/5 50/4
process [3] 9/19 12/6 19/12
produced [1] 2/25
production [1] 9/20
proffer [2] 32/13 32/20
promise [5] 11/22 32/3 33/8 33/17 39/20
promises [2] 12/1 20/23
prompted [1] 12/1
pronounce [1] 45/25
proper [1] 13/24
proposes [3] 18/2 23/16 35/21
prosecution [1] 7/14
prove [3] 10/5 24/8 26/22
proved [2] 24/23 25/21
provided [3] 21/7 46/11 46/25
PSR [1] 48/18
psychiatrist [1] 15/20
public [3] 2/18 9/14 35/9
punishment [2] 13/14 39/16
purely [1] 12/3
purpose [4] 25/6 25/9 26/3 26/6
purposes [2] 6/25 29/14
pursuant [4] 18/13 19/11 28/13 37/8
pursue [1] 19/25
put [3] 29/7 29/9 29/12

Q

question [2] 32/18 33/5
questions [6] 6/2 7/13 14/23 18/22 28/21 40/12
quick [1] 36/9

R

raise [1] 5/16
range [5] 13/8 13/9 13/20 13/25 14/2
rather [2] 8/3 46/15
reached [2] 25/2 25/25
read [13] 7/24 23/2 23/2 23/15 24/5 24/18 29/21 29/21 30/19 43/16 43/17 44/25 45/14
reading [4] 23/20 23/21 45/4 45/5
reapply [1] 27/8
rearraignment [2] 2/1 4/7
reason [4] 12/4 17/16 21/16 32/18
reasonable [5] 10/5 14/3 24/24 25/22 26/23
reasonably [1] 26/11
receive [3] 38/16 39/16 46/6
received [7] 8/16 22/16 22/24 27/5 27/20 42/2 45/2
recent [1] 46/8
recently [1] 15/19
recommendation [1] 48/8
reconsider [1] 47/12
record [8] 5/20 6/5 19/3 23/15 29/14 32/25 37/8 50/3
redo [1] 48/19
reenters [1] 23/9
refer [1] 6/24
referral [1] 46/23
referring [1] 28/23
reflect [1] 5/20
reflected [1] 32/15
Reform [1] 12/15
regard [1] 14/13
regarding [2] 28/21 47/2
regardless [1] 38/7
reject [1] 40/1
rejects [1] 48/8
release [8] 36/3 36/5 36/6 36/22 36/23 36/24 37/20 37/21
released [2] 14/10 48/14
rely [1] 11/22
remain [1] 47/19
remaining [5] 28/7 33/5 35/5 47/9 47/22
remand [1] 47/22
remanded [1] 48/14
remind [1] 46/25
removal [4] 27/9 37/25 38/2 38/9
removed [1] 27/1
report [10] 11/16 11/17 13/21 13/23 46/2 46/4 46/12 46/16 46/21 47/15
reported [1] 2/24
reporter [3] 2/21 6/3 50/12
Reporter's [2] 3/6 50/1
representation [1] 27/20
representatives [1] 11/14
request [1] 20/2
require [4] 24/4 36/6 36/24 45/14
required [3] 10/4 24/8 34/18
respect [1] 37/24
responses [1] 6/3
responsibility [2] 46/10 47/1
result [1] 34/17
resume [8] 42/2 42/5 42/14 43/5 43/14 43/17 44/3 45/1
resumes [3] 42/2 44/13 45/16
retains [1] 8/5
return [2] 19/16 20/2
review [1] 11/16
revoke [2] 36/5 36/23
RHETT [3] 1/16 4/25 6/17
Rhodes [3] 5/10 34/21 44/23
right [47] 4/6 4/12 5/14 5/16 9/5 9/6 9/14 9/16 9/19 9/22 10/6 10/21 14/4 14/5 14/7 14/22 17/2 18/12 19/6 19/9 19/19 20/15 20/16 22/10 22/16 24/6 27/14 29/2 29/13 31/3 33/14 35/8 36/9 37/15 38/18 39/1 39/2 40/10 42/13 42/25 43/4 43/16 44/24 47/11 47/15 48/9 49/2
rights [5] 9/13 10/9 10/21 35/8 35/10
rise [2] 4/3 49/3
risk [1] 47/18
RMR [3] 2/21 50/2 50/11
Room [3] 2/19 2/21 50/16
Rule [1] 28/13

S

SAENZ [4] 2/21 50/2 50/10 50/11
said [3] 19/1 46/17 46/20
same [6] 5/23 24/17 29/12 32/14 33/5

## S

same [1] 35/25
SAMUEL [2] 1/6 6/7
SANTIAGO [55]
Santiago's [1] 22/12
satisfied [2] 27/19 45/17
saves [1] 24/13
saving [2] 23/19 45/3
say [1] 44/23
Schedule [3] 25/12 26/9 26/14
school [1] 15/9
scope [3] 25/10 26/7 26/12
sealed [1] 33/1
seated [3] 4/5 5/19 32/24
second [5] 25/5 26/2 27/1 43/9 48/22
Secretary [1] 27/7
Section [2] 13/11 46/9
Security [1] 27/7
see [9] 9/17 21/15 28/15 28/15 28/19 29/3 29/4 29/8 47/4
sentence [9] 12/18 13/7 13/20 14/1 14/2 14/4 38/16 39/22 46/5
sentenced [2] 14/10 47/4
sentencing [13] 8/6 12/15 12/17 12/21 12/22 13/8 13/10 14/13 27/17 27/18 46/3 46/8 46/12
separate [1] 38/3
serve [3] 35/9 36/6 36/24
session [1] 32/13
set [7] 4/6 24/11 31/3 31/12 35/19 47/7 47/9
several [1] 4/6
severe [2] 38/16 39/16
severity [1] 46/5
Shawn [1] 33/2
should [7] 11/22 11/25 12/3 21/16 26/12 37/9 44/23
sick [1] 5/11
sign [1] 22/13
signature [14] 8/21 21/6 22/13 22/14 28/24 29/7 29/11 29/15 29/18 30/5 42/5 42/14 43/5 43/14
signed [3] 8/19 29/7 50/8
since [2] 27/8 39/24
sir [9] 6/8 6/11 6/14 15/4 24/14 37/14 42/11 43/2 48/16
sitting [2] 39/3 39/8
Smith [1] 33/2
so [31] 4/9 4/12 4/15 5/12 6/3 7/25 9/9 10/20 12/23 13/6 14/9 19/11 20/9 22/13 24/18 28/6 28/19 28/21 32/11 32/13 32/20 32/25 33/3 35/25 36/10 37/7 42/3 43/2 47/17 47/20 48/20
some [6] 9/9 14/6 14/22 28/6 32/20 39/9
sometimes [1] 42/9
soon [1] 47/1
sorry [3] 18/11 32/22 48/1
sound [1] 17/5
space [2] 22/14 29/7
special [3] 36/8 37/1 37/23
specific [1] 39/22
specifically [1] 46/9
speedy [1] 9/14
spelled [1] 7/1
spoken [1] 19/1
stages [1] 9/23
stand [1] 5/16
start [1] 6/4
started [1] 46/1
state [1] 6/4
stated [1] 44/2
statement [2] 7/15 11/23
STATES [32] 1/1 1/4 1/9 1/14 1/19 2/2 2/5 4/10 4/18 4/25 5/7 8/18 9/12 10/4 12/16 19/15 19/21 20/12 23/15 24/10 27/2 27/4 27/7 27/8 34/6 34/18 34/19 35/18 38/1 38/10 44/25 50/7
status [3] 37/25 38/6 47/12
stay [1] 32/24
stenography [1] 2/24
step [1] 19/6
stepping [1] 19/4
still [5] 32/13 38/17 39/4 39/10 39/17
stipulated [6] 13/13 13/15 42/9 42/18 43/10 44/25
stipulations [1] 13/16
Street [6] 2/6 2/12 2/15 2/19 2/21 50/16
subject [5] 36/11 37/3 37/10 38/3 38/12
substance [9] 24/18 25/3 25/11 25/12 26/1 26/8 26/10 26/13 26/15
such [10] 9/16 10/1 10/4 17/2 19/23 21/24 35/8 36/5 36/23 41/25
suffer [1] 16/14
Suite [3] 2/6 2/9 2/15
summarized [1] 45/15
superseding [7] 19/24 20/12 22/18 24/25 40/24 41/3 41/7
supervised [8] 36/3 36/5 36/6 36/21 36/23 36/24 37/20 37/21
supplement [1] 28/18
supplements [2] 28/15 28/20
support [1] 41/24
supported [1] 45/20
Supreme [1] 12/16
sure [4] 5/25 32/13 39/6 48/13
surgery [1] 32/23
sworn [2] 5/17 5/18
system [1] 14/9

## T

take [2] 5/22 13/15
talk [1] 11/12
talked [1] 40/10
Taylor [1] 2/19
Telephone [7] 2/7 2/10 2/13 2/16 2/20 2/22 50/18
tell [1] 46/19
telling [2] 46/1 46/17
temporarily [1] 18/18
term [6] 36/3 36/5 36/21 36/24 37/19 37/20
terms [2] 31/11 32/14
testify [2] 10/2 10/2
TEXAS [16] 1/2 1/5 1/10 1/15 1/20 2/6 2/7 2/10 2/13 2/16 2/18 2/19 2/22 50/11 50/12 50/16
than [15] 8/3 20/5 32/2 33/7 36/2 36/4 36/20 36/21 36/22 37/9 38/16 39/3 39/9 39/16 46/15
Thank [12] 4/5 5/19 6/8 6/15 19/7 24/15 35/4 35/23 39/14 42/13 48/12 49/1
that [131]
that's [11] 4/12 19/1 19/2 19/20 28/10 32/17 32/21 39/9 42/23 42/24 43/2
that's -- who [1] 4/12
their [1] 29/11
them [4] 5/23 24/19 36/9 44/14
then [10] 9/5 20/1 22/8 33/1 33/14 36/9 40/2 40/22 41/23 43/13
there [13] 10/19 16/22 28/5 28/17 29/2 32/18 32/20 37/7 42/21 47/11 47/11 48/22 48/23
there -- is [1] 47/11
there's [10] 7/25 18/24 18/25 19/17 20/6 41/24 42/8 42/17 42/21 43/8
these [6] 5/22 8/19 9/25 24/13 35/21 42/3
they [3] 22/15 48/18 48/20
things [1] 33/2
think [1] 48/22
thinking [1] 39/8
Third [3] 25/7 26/4 27/3
this [32] 5/11 5/14 5/25 8/2 8/16 9/15 9/20 12/6 14/23 17/6 18/13 18/24 19/10 19/12 19/25 20/2 20/10 21/7 23/14 24/8 29/22 31/20 33/1 40/11 43/18 44/24 45/17 46/1 46/15 46/22 47/21 50/8
those [15] 10/9 12/22 23/3 24/4 24/19 24/21 33/15 35/25 36/1 36/11 38/12 40/2 42/3 46/21 50/6
though [1] 20/13
threats [2] 12/2 20/23
three [2] 18/12 19/10
through [1] 42/10
time [9] 5/23 14/23 23/14 23/19 24/14 27/8 44/24 45/3 47/21
time-saving [2] 23/19 45/3
title [1] 28/10
today [5] 9/8 27/15 39/3 39/8 46/17
today's [2] 6/25 8/1
together [1] 24/19
took [1] 42/25
transcript [4] 2/1 2/24 50/3 50/5
treatment [1] 16/23
trial [8] 9/14 9/16 10/1 10/4 10/20 10/21 10/22 24/9
true [3] 44/3 44/13 50/3
two [4] 25/1 25/24 35/25 36/1
type [1] 32/20

## U

U.S [2] 33/2 35/1
U.S.C [1] 13/11
under [14] 5/15 7/12 12/15 13/9 13/10 13/25 14/6 15/20 16/4 19/15 38/24 42/8 42/17 43/9
understand [30] 7/11 7/16 7/24 7/25 8/2 8/8 10/8 10/23 16/25 17/6 20/16 23/3 23/17 25/14 26/16 27/10 29/22 30/19 35/12 36/10 37/2 38/11 38/15 38/19 39/11 39/15 40/4 43/17 44/14 48/10
understanding [2] 32/14 48/20
understands [2] 38/4 39/6
understood [2] 12/5 14/12
UNITED [32] 1/1 1/4 1/9 1/14 1/19 2/2 2/5 4/9 4/18 4/25 5/7 8/18 9/12 10/4 12/16 19/15 19/21 20/12 23/15 24/10 27/2 27/3 27/6 27/8 34/6 34/18 34/19 35/18 38/1 38/9 44/25 50/7
unlawful [4] 25/5 25/8 26/2 26/5
unless [3] 11/7 14/5 19/16
until [1] 13/20
up [3] 29/3 32/23 40/11

U

upon [9] 8/4 11/10 11/21 11/22 14/3 24/10 30/5 35/18 45/2
use [1] 9/19
used [1] 7/13

V

valuable [2] 35/8 35/10
verdict [3] 11/10 11/15 18/16
versus [8] 1/5 1/10 1/15 1/20 4/10 4/18 4/25 5/8
Very [6] 21/24 22/8 32/17 33/4 37/12 43/4
violates [3] 36/4 36/22 37/21
voice [1] 6/3
VOLUME [1] 2/1
voluntarily [4] 9/6 22/9 31/3 31/19
voluntary [3] 12/3 18/3 45/20
vote [1] 35/9

W

waive [11] 10/21 14/5 19/19 20/10 20/24 21/16 23/19 23/21 31/3 45/3 45/5
waived [2] 9/6 22/9
waiver [8] 21/7 21/24 22/10 28/8 28/14 30/15 30/18 30/20
waiving [1] 20/15
want [5] 30/18 32/16 32/24 39/6 48/22
wanted [2] 32/13 48/24
wants [1] 38/7
was [10] 14/9 19/9 26/25 27/1 27/3 32/13 48/1 48/6 48/7 48/18
way [3] 19/20 33/21 42/1
we [11] 4/6 4/11 5/23 5/24 18/12 18/17 28/18 29/12 32/12 32/18 42/1
we'll [2] 4/9 6/6
we're [2] 16/25 17/6
we've [4] 10/22 33/1 40/10 40/13
WEINBEL [7] 2/17 5/12 17/24 18/9 34/21 41/21 44/21
well [7] 10/21 22/8 27/17 37/13 46/12 47/24 48/16
were [4] 5/23 7/12 10/5 40/1
what [8] 11/24 16/25 17/6 24/8 29/10 39/2 46/17 46/18
what's [2] 32/11 32/19
when [1] 11/9
where [5] 4/8 11/13 19/9 42/9 42/18
whether [3] 10/2 11/9 39/25
which [11] 10/3 20/7 23/16 24/7 24/17 24/23 25/21 35/6 35/20 45/25 46/10
while [1] 48/5
who [6] 4/12 8/4 8/6 11/6 11/8 18/13
why [1] 21/16
will [32] 8/6 10/19 11/12 11/16 11/18 11/19 11/20 11/24 13/19 14/10 18/2 18/21 20/11 21/21 22/13 22/15 23/19 24/4 24/18 31/20 33/14 35/18 45/3 45/14 45/15 46/2 46/3 46/11 46/13 46/23 47/17 47/18
willfully [2] 25/8 26/5
wish [4] 23/21 29/10 45/5 47/23
wishes [1] 19/25
withdraw [5] 13/17 38/18 39/1 40/2 48/9
within [3] 14/1 14/8 46/21
witnesses [2] 9/18 9/21
won't [1] 48/20
Word [1] 3/7
words [2] 42/9 42/18
WORTH [12] 1/3 1/5 1/10 1/15 1/20 2/7 2/13 2/16 2/19 2/22 50/13 50/16
would [16] 5/24 9/24 10/2 10/2 10/3 10/4 10/6 16/24 20/7 23/14 24/8 29/12 40/2 44/24 48/8 48/22
write [1] 7/25
written [6] 21/7 31/12 32/2 33/7 42/21 46/16

Y

yahoo.com [2] 2/23 50/19
yeah [3] 5/11 6/23 32/24
year [1] 37/20
years [6] 36/2 36/4 36/20 36/21 36/22 37/19
yes [150]
Yes -- no [1] 29/4
you [227]
you'll [3] 38/17 38/18 39/17
you're [5] 5/10 19/3 24/7 35/6 39/10
you've [3] 9/7 20/13 30/7
your [174]
yours [8] 22/20 22/22 28/11 28/12 30/16 30/16 43/8 47/7